Susan M. Coletti (coletti@fr.com)
Elizabeth M. Flanagan (eflanagan@fr.com)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Telephone: (302) 652-5070 / Fax: (302) 652-0607

Attorneys for Plaintiffs
ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS

William F. Cavanaugh (SBN 133461)
Edward R. Tempesta (admitted *pro hac vice*)
William F. Schmedlin (admitted *pro hac vice*)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000/ Fax: (212) 336-2222
wcavanaugh@pbwt.com
ertempesta@pbwt.com
wschmedlin@pbwt.com

Attorneys for Defendants
MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, and VALEANT PHARMACEUTICALS INTERNATIONAL, INC.

SEE ADDITIONAL COUNSEL ON PAGE 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS,

Plaintiffs,

v.

MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, and VALEANT PHARMACEUTICALS INTERNATIONAL, INC.

Defendants.

Case No. 8:13-cv-01436 AG (JPRx)

**S.P.R. 3.4 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
Michael J. Kane (kane@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070 / Fax: (612) 288-9696

Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
FISH & RICHARDSON P.C.
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone: (213) 533-4240 / Fax: (213) 996-8304

Attorneys for Plaintiffs
ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS

Donald G. Norris (SBN 90000)
Douglas F. Galanter (SBN 93740)
Norris & Galanter LLP
523 W. Sixth St., Suite 716
Los Angeles, CA 90014
Tel: 213-232-0855/ Fax: 213-286-9499
dnorris@norgallaw.com
dgalanter@norgallaw.com

Attorneys for Defendants
MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP.,
VALEANT PHARMACEUTICALS NORTH AMERICA LLC,
VALEANT PHARMACEUTICALS INTERNATIONAL,
and VALEANT PHARMACEUTICALS INTERNATIONAL, INC.

Pursuant to Standing Patent Rule 3.4, Plaintiffs Allergan USA, Inc. and Allergan Industrie, SAS ("Plaintiffs" or "Allergan") and Defendants Medicis Aesthetics, Inc., Medicis Pharmaceutical Corp., Valeant Pharmaceuticals North America LLC, Valeant Pharmaceuticals International, and Valeant Pharmaceuticals International, Inc. ("Defendants") hereby submit their Joint Claim Construction and Prehearing Statement.

## I. THE PARTIES' AGREED CONSTRUCTIONS

### A. The '475 Patent

The parties have agreed to the following constructions for these terms in U.S. Patent No. 8,450,475 ("the '475 patent"):

| Claim Term (claim) | Agreed Construction |
|---|---|
| sterile<br>(claims 1, 18, 27, 34) | substantially free of detectable, viable microorganisms |
| degree of crosslinking<br>(claims 5-7, 18, 27, 31, 37) | the percent weight ratio of crosslinking agent to HA monomeric units (HA disaccharide units) within the crosslinked portion of the HA based composition (i.e., (total mass of crosslinking agent / total mass of monomeric units) * 100))<br><br>The "crosslinked portion of the HA based composition" as used herein has the same construction as the other terms referring to "crosslinked HA," as construed by the Court. |
| [X]% uncrosslinked HA by volume<br>(Claims 1, 2, 33, 36) | the percent weight ratio of uncrosslinked HA in a filler composition (i.e., ((mass of uncrosslinked HA in the composition / mass of total HA in the composition)*100)<br><br>Uncrosslinked HA as used herein has the same construction as the "uncrosslinked |

| | |
|---|---|
| | HA" term, as construed by the Court. |
| [X]% free HA by volume<br>(Claims 27) | the percent weight ratio of free HA in a filler composition (i.e., ((mass of free HA in the composition / mass of total HA in the composition)*100)<br><br>Free HA as used herein has the same construction as the "free HA" term, as construed by the Court. |

**B. The '795 Patent**

The parties have agreed to the following constructions for these terms in U.S. Patent No. 8,357,795 patent ("the '795 patent"):

| **Claim Term (claim)** | **Agreed Construction** |
|---|---|
| sterile<br>(claim 1) | substantially free of detectable, viable microorganisms |
| lidocaine is freely released in vivo<br>(claim 1) | plain and ordinary meaning |
| extrusion force<br>(claim 41) | the force that one must apply to expel a soft tissue filler composition through the needle in its assembled, intended delivery system |

## II. THE PARTIES' PROPOSED CONSTRUCTIONS FOR DISPUTED CLAIM TERMS AND SUPPORTING EVIDENCE

The Parties' proposed constructions for the disputed claim terms in the '475 patent, along with an identification of supporting intrinsic and extrinsic evidence, is attached as Exhibit A. The Parties' proposed constructions for the disputed claim terms in the '795 patent, along with an identification of supporting intrinsic and extrinsic evidence, is attached as Exhibit B.

## III. LIST OF SIGNIFICANT TERMS

The parties jointly identify the following terms as those for which construction is most significant to the case:

1. stable
2. HA crosslinked with 1,4 budanediol diglycidyl ether (BDDE);
   hyaluronic acid (HA) component crosslinked with 1,4-butanediol diglycidyl ether (BDDE);
   (BDDE)-crosslinked hyaluronic acid[1]
3. hyaluronic acid (HA) component crosslinked with a crosslinking agent[2]
4. uncrosslinked HA; free HA[3]

## IV. PRESENTATION TIME FOR CLAIM CONSTRUCTION HEARING

Allergan does not anticipate needing more than 45 minutes total for all its presentation at the claim construction hearing.

Defendants do not anticipate needing more than 45 minutes total for all its presentation at the claim construction hearing

## V. WITNESSES TO BE CALLED AT THE CLAIM CONSTRUCTION HEARING

Allergan does not propose to call any witnesses at the claim construction hearing.

Defendants do not propose to call any witnesses at the claim construction hearing.

---

[1] The parties have agreed that these three terms, which appear in the asserted claims of the '475 patent, should be construed the same.

[2] The parties' proposed construction for this term, which appears in claim 1 of the '795 patent, should be construed consistently with the corresponding terms of the '475 patent, except for the identification of a specific crosslinking agent (BDDE) ('475 patent) versus any crosslinking agent ('795 patent).

[3] The parties have agreed that these terms, which appear in the asserted claims of the '475 patent, should be construed the same.

Dated: June 6, 2014

By: */s/ Elizabeth M. Flanagan*
Elizabeth M. Flanagan

Attorney for Plaintiffs

Dated: June 6, 2014

By: */s/ William F. Schmedlin*
William F. Schmedlin

Attorney for Defendants

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2), I attest that counsel for Defendants has authorized the filing of this document.

*/s/ Elizabeth M. Flanagan*
Elizabeth M. Flanagan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 6, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Elizabeth M. Flanagan*
Elizabeth M. Flanagan