Exhibit A

The Parties' Proposed Constructions of Disputed Claim Terms and Supporting Evidence
for U.S. Patent No. 8,450,475

| Disputed Claim Terms | Claim No. | Allergan's Proposed Construction | Allergan's Supporting Evidence | Defendants' Proposed Construction | Defendants' Supporting Evidence |
|---|---|---|---|---|---|
| uncrosslinked HA | (Claims 1, 2, 4, 9, 18, 31, 33, 34, 36) | water soluble HA (i.e., uncrosslinked HA and/or lightly crosslinked HA) | INTRINSIC<br>Claims 1-3, 9, 10, 12-16, 18, 19, 27-31, 33, 34, 36, Abstract,<br>Col. 1, l. 66 to Col. 2, l. 6,<br>Col. 2, ll. 15-19,<br>Col. 3, ll. 7-21,<br>Col. 3, l. 54 to Col. 4, l. 3,<br>Col. 4, ll. 4-27, 36-40,<br>Col. 5, ll. 5-13, 15-21, 47-58,<br>Col. 6, ll. 23-35,<br>Col. 6, l. 66 to Col. 7, l. 3,<br>Col. 7, ll. 4-35,<br>Col. 8, ll. 13-22, 50-63,<br>Col. 8, l. 61 to Col. 9, l. 8,<br>Col. 11, ll. 45-56,<br>Col. 13, ll. 9-10,<br>Col. 17, ll. 1-25,<br>Col. 18, ll. 14-21,<br>Example 2, Col. 13, ll. 9-18. | water soluble HA (i.e., uncrosslinked HA and/or lightly crosslinked HA) that is added to the crosslinked HA portion of the composition | INTRINSIC<br><br>3:10-13;<br>5:5-13;<br>7:6-9;<br>7:29-35;<br>13:8-26<br><br>Communications from file wrapper of Application No. 12/393,768 including: Office Action dated 5/31/2011; Response to Office Action dated 11/9/2011; |

1

| | | | | | |
|---|---|---|---|---|---|
| | | | Communications from file wrapper of Application No. 12/393,768 including: Office Action dated 5/31/2011; Response to Office Action dated 11/9/2011; Office Action dated 2/3/2012; Response to Office Action dated 7/30/2012; Office Action dated 11/19/2012; Applicant Initiated Interview Summary on 2/6/2013; Response to Final Office Action dated 2/19/2013.<br><br>EXTRINSIC<br>VAL0037758-64 | | Office Action dated 2/3/2012; Response to Office Action dated 7/30/2012; Office Action dated 11/19/2012; Applicant Initiated Interview Summary on 2/6/2013; Response to Final Office Action dated 2/19/2013.<br><br>EXTRINSIC<br><br>VAL0060472 at 75 (5:1-26) |
| free HA | (Claims 27-29) | water soluble HA (i.e., uncrosslinked HA and/or lightly | INTRINSIC<br>Claims 1-3, 9, 10, 12-16, 18, 19, 27-31, 33, 34, 36, Abstract,<br>Col. 1, l. 66 to Col. 2, l. 6, | water soluble HA (i.e., uncrosslinked HA and/or lightly | INTRINSIC<br><br>3:10-13;<br>5:5-13;<br>7:6-9; |

| | | crosslinked HA) | Col. 2, ll. 15-19, Col. 3, ll. 7-21, Col. 3, l. 54 to Col. 4, l. 3, Col. 4, ll. 4-27, 36-40, Col. 5, ll. 5-13, 15-21, 47-58, Col. 6, ll. 23-35, Col. 6, l. 66 to Col. 7, l. 3, Col. 7, ll. 4-35, Col. 8, ll. 13-22, 50-63, Col. 8, l. 61 to Col. 9, l. 8, Col. 11, ll. 45-56, Col. 13, ll. 9-10, Col. 17, ll. 1-25, Col. 18, ll. 14-21, Example 2, Col. 13, ll. 9-18.<br><br>Communications from file wrapper of Application No. 12/393,768 including: Office Action dated 5/31/2011; Response to Office Action dated 11/9/2011; Office Action dated 2/3/2012; Response to Office Action dated 7/30/2012; Office Action dated 11/19/2012; | crosslinked HA) that is added to the crosslinked HA portion of the composition | 7:29-35; 13:8-26<br><br>Communications from file wrapper of Application No. 12/393,768 including: Office Action dated 5/31/2011; Response to Office Action dated 11/9/2011; Office Action dated 2/3/2012; Response to Office Action dated 7/30/2012; Office Action dated 11/19/2012; Applicant Initiated Interview Summary on 2/6/2013; |

3

| | | | | | |
|---|---|---|---|---|---|
| | | | Applicant Initiated Interview Summary on 2/6/2013; Response to Final Office Action dated 2/19/2013.<br><br>EXTRINSIC<br>VAL0037758-64 | | Response to Final Office Action dated 2/19/2013.<br><br>EXTRINSIC<br><br>VAL0060472 at 75 (5:1-26) |
| HA crosslinked with 1,4-butanediol diglycidyl ether (BDDE)<br><br>hyaluronic acid (HA) component crosslinked with 1,4-butanediol diglycidyl ether (BDDE)<br><br>(BDDE)-crosslinked | (Claims 1, 31, 34)<br><br><br><br>(Claim 18)<br><br><br><br><br><br><br><br><br>(Claim 27) | HA that forms a macromolecular structure resulting from chemical linking of HA by BDDE | INTRINSIC<br>Claims 1, 4-7, 9, 10, 18, 19, 27, 31, 34,<br>Col. 1, ll. 23-34,<br>Col. 1, l. 66 to Col. 2, l. 6,<br>Col. 2, ll. 7-19, 50-58,<br>Col. 3, ll. 7-41,<br>Col. 3, l. 61 to Col. 4, l. 27<br>Col. 4, ll. 62-65,<br>Col. 5, ll. 5-13,<br>Col. 5, ll. 47-58,<br>Col. 6, ll. 55-65,<br>Col. 7, ll. 20-35, 47-53,<br>Col. 9, ll. 6-33, 40-56,<br>Col. 9, l. 66 to Col. 10, l. 9.<br>Col. 12, ll. 17-49,<br>Col. 16, ll. 40-46, 56-61,<br>Col. 18, ll. 14-21. | HA that has been covalently modified with BDDE to form a macromolecular structure that is water-insoluble, such that the degree of crosslinking is at least about 2% and is up to about 20%<br><br>"Degree of crosslinking" as used herein has | INTRINSIC<br><br>2:15-19;<br>3:10-19;<br>4:4-6;<br>4:62 – 5:4;<br>7:4-35;<br>7:49-53;<br>9:25-39;<br>12:37-39<br><br>U.S. Patent No. 8124120 B2<br><br>Communications from file wrapper of Application No. 12/393,768 |

| | | | | | |
|---|---|---|---|---|---|
| hyaluronic acid | | | Communications from file wrapper of Application No. 12/393,768 including: Office Action dated 5/31/2011; Response to Office Action dated 11/9/2011; Office Action dated 2/3/2012; Response to Office Action dated 7/30/2012; Office Action dated 11/19/2012; Applicant Initiated Interview Summary on 2/6/2013; Response to Final Office Action dated 2/19/2013.<br><br>EXTRINSIC<br>Merriam-Webster Online Dictionary and Thesaurus, (http://www.merriamwebster.com/). [AGNHA00096828-96829]<br><br>Random House Webster's College Dictionary, 2nd edition, 2001, page 296. | the same construction as agreed by the parties. | including: Office Action dated 5/31/2011; Response to Office Action dated 11/9/2011; Office Action dated 2/3/2012; Response to Office Action dated 7/30/2012; Office Action dated 11/19/2012; Applicant Initiated Interview Summary on 2/6/2013; Response to Final Office Action dated 2/19/2013.<br><br>EXTRINSIC<br><br>VAL0060472 |

5

| | | | | | |
|---|---|---|---|---|---|
| | | | [AGNHA00096824] | | at 73 (2:9-16) |
| | | | | | VAL0059980 at 81 (2:26-30) |
| | | | | | VAL0060006 at VAL0060008 (3:14-18), VAL0060013 (8:1-9) |
| | | | | | VAL0060285 at 87 ([0011]) |
| stable | (Claims 1, 18, 27, 31, 34) | resists chemical and physical decomposition | INTRINSIC Claims 1, 10, 18, 19, 27, 31, 34, Abstract, Col. 1, ll. 42-59, Col. 2, ll. 7-32, 42-48 Col. 3, ll. 42-46, Col. 4, ll. 41-48, Col. 5, ll. 31-46, Col. 6, ll. 23-31, 55-65, Col. 7, ll. 42-64, Col. 8, ll. 4-13, Col. 10, ll. 15-33, Col. 11, ll. 14-44, | A sterile composition that maintains one of the following aspects: transparent appearance, pH, extrusion force and/or rheological characteristics, hyaluronic acid (HA) | INTRINSIC 3:41-46; 4:41-48; 5:39-44; 8:4-13; 13:19-26; 14:1-24 Communications from file wrapper of Application No. 12/393,768 |

6

| | | | | Col. 13, l. 27 to Col. 14, l. 1-23.<br><br>Examples 2 & 3. Communications from file wrapper of Application No. 12/393,768 including:<br>Office Action dated 5/31/2011;<br>Response to Office Action dated 11/9/2011;<br>Office Action dated 2/3/2012;<br>Response to Office Action dated 7/30/2012;<br>Office Action dated 11/19/2012;<br>Applicant Initiated Interview Summary on 2/6/2013;<br>Response to Final Office Action dated 2/19/2013.<br><br>EXTRINSIC<br>'795 patent, claims 29-36.<br><br>Random House Webster's College Dictionary, 2nd edition, 2001, page 1190. | concentration, sterility, osmolarity, and lidocaine concentration, after being stored at about 25C for about two months | including:<br>Office Action dated 5/31/2011;<br>Response to Office Action dated 11/9/2011;<br>Office Action dated 2/3/2012;<br>Response to Office Action dated 7/30/2012;<br>Office Action dated 11/19/2012;<br>Applicant Initiated Interview Summary on 2/6/2013;<br>Response to Final Office Action dated 2/19/2013.<br><br>EXTRINSIC |

7

|  |  |  | [AGNHA00096822-96827 at 96826]<br><br>Oxford Concise English Dictionary, 11th edition, 2008, page 1402.<br><br>[AGNHA00096817-96821at 96820] |  |  |

Exhibit B

The Parties' Proposed Constructions of Disputed Claim Terms and Supporting Evidence
for U.S. Patent No. 8,357,795

| Disputed Claim Terms | Claim No. | Allergan's Proposed Construction | Allergan's Supporting Evidence | Defendants' Proposed Construction | Defendants' Supporting Evidence |
|---|---|---|---|---|---|
| hyaluronic acid (HA) component crosslinked with a crosslinking agent | (Claim 1) | HA that forms a macromolecular structure resulting from chemical linking of HA by a crosslinking agent | INTRINSIC<br>Claims 1, 4, 5, 12, 22, 23,<br>Col. 1, ll. 23-34, 66-67,<br>Col. 2, ll. 7-19, 50-58,<br>Col. 3, ll. 7-19, 22-41, 62-65,<br>Col. 4, ll. 5-30, 13-29,<br>Col. 5, ll. 43-46, 53-61,<br>Col. 8, ll. 20-24,<br>Col. 9, l. 64 to Col. 10, l. 15,<br>Example 2,<br>Col. 10, ll. 16-45,<br>Col. 13, l. 12 to Col. 14, l. 25.<br><br>Communications from file wrapper of Application No. 12/393,884 including: Office Action dated 5/31/2011; | HA that has been covalently modified with a crosslinking agent to form a macromolecular structure that is water-insoluble, such that the degree of crosslinking is at least about 2% and is up to about 20%.<br><br>"Degree of crosslinking" as used herein has the same | INTRINSIC<br><br>2:50-58;<br>3:10-19;<br>3:66 – 4:1;<br>5:46-52;<br>8:4-25;<br>10:16-24;<br>15:34-37<br><br>U.S. Patent No. 8124120 B2<br><br>EXTRINSIC<br><br>VAL0060472 at 73 (2:9-16) |

1

| | | | Response to Office Action dated 9/29/2011; Office Action dated 12/27/2011; Applicant Initiated Interview Summary dated 1/24/2012; Applicant Initiated Interview Summary dated 4/9/2012; Declaration of Lebreton dated 3/7/2012 and 6/14/2012; Response to Final Office Action dated 6/14/2012.<br><br>EXTRINSIC<br>Merriam-Webster Online Dictionary and Thesaurus, (http://www.merriamwebster.com/). [AGNHA00096828]<br><br>Random House Webster's College Dictionary, 2nd edition, 2001, page 296. [AGNHA00096824] | construction as agreed by the parties within the '475 Patent. | VAL0059980 at 81 (2:26-30), 82-83 (4:45 – 5:3)<br><br>VAL0060006 at VAL0060008 (3:14-18), VAL0060013 (8:1-9)<br><br>VAL0060285 at 87 ([0011]) |