**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, and VALEANT PHARMACEUTICALS INTERNATIONAL, INC.<br><br>Defendants. | Case No. 8:13-cv-01436 AG (JPRx) |

## **DECLARATION OF WILLIAM F. CAVANAUGH**

I, William F. Cavanaugh, declare as follows:

1. I am a member of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for the Defendants in the above-captioned case. I am admitted to practice in the State of California.

2. Attached hereto as Exhibit 1 is a true and correct copy of Ahmet Tezel & Glenn H. Frederickson, <u>The science of hyaluronic acid dermal fillers</u>, 10 J. Cosmetic Laser Therapy 35 (2008).

3. Attached hereto as Exhibit 2 is a true and correct copy of VAL0059980-85, U.S. Patent No. 6,521,223 (published Feb. 18, 2003).

4. Attached hereto as Exhibit 3 is a true and correct copy of VAL0060472-76, U.S. Patent No. 7,902,171 (published Mar. 8, 2011), the equivalent of WO 2005/067944 (issued July 28, 2005).

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 8,124,120 B2 (published Feb. 28, 2012).

6. Attached hereto as Exhibit 5 is a true and correct copy of VAL0060006-25, the verified English translation of WO 96/33751 (issued Oct. 31, 1996).

1         7.     Attached hereto as Exhibit 6 is a true and correct copy of VAL0060285-92, U.S. Patent. App. 2006/0194758 (published Aug. 31, 2006).

8.     Attached hereto as Exhibit 7 is a true and correct copy of the November 9, 2011 Response to Office Action concerning U.S. Patent No. 8,450,475 B2 ("the '475 Patent").

9.     Attached hereto as Exhibit 8 is a true and correct copy of the January 30, 2012 Office Action concerning the '475 Patent.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the July 30, 2012 Response to Office Action concerning the '475 Patent.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the November 19, 2012 Office Action concerning the '475 Patent.

I declare, under penalty of perjury, that the foregoing statements are true and correct.

Date:  June 13, 2014

           /s/  William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10282
wfcavanaugh@pbwt.com
Phone:  (212) 336-2000
Fax:     (212) 336-2222