Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
Michael J. Kane (*pro hac vice*) (kane@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070 / Fax: (612) 288-9696

Susan M. Coletti (*pro hac vice*) (coletti@fr.com)
Elizabeth M. Flanagan (*pro hac vice*) (eflanagan@fr.com)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Telephone: (302) 652-5070 / Fax: (302) 652-0607

Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
FISH & RICHARDSON P.C.
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone: (213) 533-4240 / Fax: (213) 996-8304

Attorneys for Plaintiffs
ALLERGAN USA, INC. and
ALLERGAN INDUSTRIE, SAS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, and VALEANT PHARMACEUTICALS INTERNATIONAL, INC.<br><br>Defendants. | Case No. 8:13-cv-01436 AG (JPRx)<br><br>**DECLARATION OF ELIZABETH M. FLANAGAN IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Date: July 22, 2014<br>Time: 9:00 am<br>Ctrm: 10D<br>Judge: Hon. Andrew J. Guilford |

1   I, Elizabeth M. Flanagan, declare as follows:

2   1.   I am an attorney at Fish & Richardson P.C., and have been admitted
3   *pro hac vice* in the above-captioned litigation as counsel for Plaintiffs Allergan
4   USA, Inc., and Allergan Industrie, SAS ("Allergan").

5   2.   Attached hereto as Exhibit A is a true and correct copy of U.S. Patent
6   No. 8,450,475.

7   3.   Attached hereto as Exhibit B is a true and correct copy of U.S. Patent
8   No. 8,357,795.

9   4.   Attached hereto as Exhibit C is a true and correct copy of a page from
10  the Random House Webster's College Dictionary, defining the word "stable."

11  5.   Attached hereto as Exhibit D is a true and correct copy of a page from
12  Concise Oxford English Dictionary, defining the word "stable."

13  6.   Attached hereto as Exhibit E is a true and correct copy of a page from
14  the Random House Webster's College Dictionary, defining the word "crosslink."

15  7.   Attached hereto as Exhibit F is a true and correct copy of an excerpt
16  from the Medicis Pharmaceutical Corporation Annual Report dated 1/01/09-
17  12/31/09 concerning PMA P040024 for Restylane® Injectable Gel, bearing bates
18  number VAL0037758.

19  I declare under penalty of perjury under the laws of the United States that the
20  foregoing is true and correct.

21  Dated:  June 13, 2014                    FISH & RICHARDSON P.C.

23                                           By: */s/ Elizabeth M. Flanagan*
24                                               Elizabeth M. Flanagan

25                                           Attorneys for Plaintiffs
26                                           ALLERGAN USA, INC. and
                                             ALLERGAN INDUSTRIE, SAS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 13, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Elizabeth M. Flanagan*
Elizabeth M. Flanagan

80142535.doc