# Exhibit F

# SUBMITTED UNDER SEAL