Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
Michael J. Kane (*pro hac vice*) (kane@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070 / Fax: (612) 288-9696

Susan M. Coletti (*pro hac vice*) (coletti@fr.com)
Elizabeth M. Flanagan (*pro hac vice*) (eflanagan@fr.com)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Telephone: (302) 652-5070 / Fax: (302) 652-0607

Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
FISH & RICHARDSON P.C.
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone: (213) 533-4240 / Fax: (213) 996-8304

Attorneys for Plaintiffs
ALLERGAN USA, INC. and
ALLERGAN INDUSTRIE, SAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS,<br><br>    Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, and VALEANT PHARMACEUTICALS INTERNATIONAL, INC.<br><br>    Defendants. | Case No. 8:13-cv-01436 AG (JPRx)<br><br>**DECLARATION OF ELIZABETH M. FLANAGAN IDENTIFYING PLAINTIFFS' PHYSICAL EXHIBITS FOR CLAIM CONSTRUCTION HEARING**<br><br>Date:   July 22, 2014<br>Time:  9:00 am<br>Ctrm:  10D<br>Judge: Hon. Andrew J. Guilford |

1

DECLARATION OF ELIZABETH M. FLANAGAN
IDENTIFYING PLAINTIFFS' PHYSICAL EXHIBITS FOR
CLAIM CONSTRUCTION HEARING
Case No. 8:13-cv-01436 AG (JPRx)

I, Elizabeth M. Flanagan, declare as follows:

1. I am an attorney at Fish & Richardson P.C., and have been admitted *pro hac vice* in the above-captioned litigation as counsel for Plaintiffs Allergan USA, Inc., and Allergan Industrie, SAS ("Allergan").

2. Attached hereto as Exhibit 1 is a true and correct copy of a photograph of Plaintiffs' Physical Exhibit No. 1, the accused product Perlane-L.

3. Attached hereto as Exhibit 2 is a true and correct copy of a photograph of Plaintiffs' Physical Exhibit No. 2, the accused product Restylane-L.

4. Attached hereto as Exhibit 3 is a true and correct copy of a photograph of Plaintiffs' Physical Exhibit No. 3, commercial embodiment Juvéderm Ultra Plus XC.

5. Attached hereto as Exhibit 4 is a true and correct copy of a photograph of Plaintiffs' Physical Exhibit No. 4, Juvéderm Ultra XC.

6. Pursuant to Standing Patent Rule 3.5, Plaintiffs presently intend to use Plaintiffs' Physical Exhibit Nos. 1-4 at the claim construction hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 27, 2014          FISH & RICHARDSON P.C.

                              By: */s/ Elizabeth M. Flanagan*
                                  Elizabeth M. Flanagan

                              Attorneys for Plaintiffs
                              ALLERGAN USA, INC. and
                              ALLERGAN INDUSTRIE, SAS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 27, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Elizabeth M. Flanagan*
Elizabeth M. Flanagan