**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, and VALEANT PHARMACEUTICALS INTERNATIONAL, INC.<br><br>Defendants. | Case No. 8:13-cv-01436 AG (JPRx) |

## **DECLARATION OF WILLIAM F. CAVANAUGH IN FURTHER SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTIONS**

I, William F. Cavanaugh, declare as follows:

1. I am a member of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for the Defendants in the above-captioned case. I am admitted to practice in the State of California.

2. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt of Defendants' Invalidity Contentions.

3. Attached hereto as Exhibit 12 is a true and correct copy of VAL0060322-74, U.S. Patent App. No. 2006/0040894 (filed Aug. 15, 2005).

4. Attached hereto as Exhibit 13 is a true and correct copy of VAL0060293-313, U.S. Patent App. No. 2005/0136122 (filed Dec. 22, 2003).

5. Attached hereto as Exhibit 14 is a true and correct copy of VAL0060460-64, U.S. Patent No. 5,731,298 (filed Dec. 24, 1992).

6. Attached hereto as Exhibit 15 is a true and correct copy of the May 31, 2011 Office Action concerning U.S. Patent No. 8,450,475.

1 | I declare, under penalty of perjury, that the foregoing statements are true and
2 | correct.

3 | Date:  June 27, 2014                     */s/*  William F. Cavanaugh, Jr._____
4 |                                                      William F. Cavanaugh, Jr.
  |                                                      PATTERSON BELKNAP WEBB & TYLER LLP
5 |                                                      1133 Avenue of the Americas
  |                                                      New York, New York 10282
6 |                                                      wfcavanaugh@pbwt.com
  |                                                      Phone:  (212) 336-2000
7 |                                                      Fax:     (212) 336-2222

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28