# Markman Presentation for Medicis and Valeant

*ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS,*
*Plaintiffs,*
*v.*
*MEDICIS AESTHETICS, INC., et al.,*
*Defendants*

## Introduction to Dermal Fillers

*Before*

*After*




- Dermal fillers are one of the most popular, nonsurgical options solving problems related to aging skin.
- Also known as "injectables" or "soft-tissue fillers."
- They fill in the area under the skin, making wrinkles less apparent.

*Source: http://www.restylaneusa.com/What-is-Restylane/Restylane-Restylane-L, downloaded 6/27/14*

2

# Collagen Dermal Fillers



- The initial collagen fillers included Zyderm/Zyplast & Fibrel

- These had numerous shortcomings:

  - Potential for allergy to bovine collagen required skin testing before treatment

  - Results lasted 3 months or less

  - Human collagen significantly reduces allergen risk, but doesn't fix degradation problem

3

# US Patent App No. 2006/0040894, Hunter
## Prior Art Use of HA as Dermal Filler

[0178] A variety of injectable hyaluronic acid products have been developed for soft tissue augmentation to correct facial scars, diminish facial lines and augment the lips. Specifically, such implants are indicated for the treatment of a variety of contour deficiencies including (but not restricted to) correction of acne scars, atrophy from disease or trauma, glabellar frown lines, nasolabial folds, or defects secondary to rhinoplasty, skin graft or other surgery and other soft tissue defects. Manufactured synthetic hyaluronic gels commercially available for this purpose include RESTYLANE and PERLANE and HYLAFORM (also known as HYLAN B) from Genzyme Corporation. Other examples of commercial HA products that may be combined with an HI for use in cosmetic injections include: ACHYAL from Meiji Seika Kaisha, Ltd. (Japan), JUVEDERM from L.E.A. Derm (France), MACDERMOL from Laboratoires O.R. GE V. MacDermol (France), and ROFILAN Hylan Gel from Rofil Medical International (Holland).

*Source: US Patent App No. 2006/0040894, p. 21, par. 0178*

4

# Hyaluronic Acid

Skin Surface

Hyaluronic acid is naturally present in the human body

5

# Benefits of Hyaluronic Acid



- Unlike collagen, hyaluronic acid minimizes the risk of allergic reactions

- It can bind to large amounts of water

- Excellent volumizer

6

# Benefits of Hyaluronic Acid



- Unlike collagen, hyaluronic acid minimizes the risk of allergic reactions

- It can bind to large amounts of water

- Excellent volumizer

- Crosslinked hyaluronic acid can last much longer than collagen

# Crosslinking Process



Free HA



Crosslinked HA

# Major Crosslinking Agents Used with HA



1,4-butanediol diglycidyl ether (BDDE)

1,2,7,8-deipoxyoctane (DEO)

biscabodiimide (BCDI)

divinyl sulfone (DVS)

9

# Complication of Purely Crosslinked Hyaluronic Acid



**Uncrosslinked HA**
*Easy to Inject*



**Lightly Crosslinked HA**
*Easy to Inject*



**Crosslinked HA**
*Difficult to Inject*

10

## Issues With Crosslinking



- Difficult to inject
- Injections can cause discomfort
- Potential solutions:
  - Add uncrosslinked HA
  - Use of an anesthetic

11

# Lebreton Patents-in-Suit
## Unsupported Concern Regarding HA and Lidocaine Product

> It has been proposed to incorporate certain therapeutic agents, for example, anesthetic agents such as lidocaine, into injectable HA-based compositions. Unfortunately, HA-based **injectable compositions which incorporate lidocaine** during the manufacturing process are **prone to partial or almost complete degradation prior to injection**, particularly during high temperature sterilization steps and/or when placed in storage for any significant length of time.

*Source: '475 patent, 2:20-27; '795 patent, 2:20-27*

12

# 5,731,298 Patent, Reinmuller (1998)
## HA and Lidocaine in the Prior Art

*Source: '298 patent, 7:1-18*

13

# US Patent App. No. 2005/0136122, Sadozai
## HA and Lidocaine in the Prior Art

[0025] The invention is directed to crosslinked HA compositions, their preparation, and their methods of use.

...

[0068] In other embodiments, the storage modulus G' is increased, e.g., the composition is stabilized, by the inclusion of a local anesthetic, e.g., lidocaine, compared to a non-stabilized composition, e.g. an identical composition except that the local anesthetic is not included. For these embodiments, the stabilized and non-stabilized compositions can be compared by measuring the value of G' under the same conditions. A stabilized composition prepared by hydrating dehydrated particles under the hydration conditions disclosed herein with a solution having 0.1% of a local anesthetic (e.g., lidocaine) by weight has a G' greater than G' for a non-stabilized composition of generally at least about 110%, typically at least about 120%, more typically at least about 150%, and preferably at least about 175%.

*Source: US Patent App. No. 2005/0136122, p.2, par. 0025 and p. 6, par. 0068*

14

# US Patent App. No. 2005/0136122, Sadozai
## HA and Lidocaine in the Prior Art

### Example 21
### Synergistic Effect of Lidocaine on Rheological Properties of the Gel

[0107] Lidocaine can have a synergistic effect and increase the initial storage modulus G' of the gel compared to otherwise identical compositions prepared in a buffer without lidocaine. Crosslinked HA of Example-5 was processed as in Example-12 using three separate phosphate buffers 1 (no lidocaine), 2 (0.2% lidocaine), and 3 (0.3% lidocaine). Gels were made to 32-mg/mL concentrations and the storage modulus G' and degradation profile ΔG'/Δt of each was measured according to the method described in Example-12. FIG. 7 shows that the compositions with lidocaine have a significantly higher modulus G' over the time of the test. Thus, crosslinked HA with lidocaine can have good biostability, and can in some cases have a synergistic effect, increasing G'.

*Source: US Patent App. No. 2005/0136122, p. 10, par. 0107*

15