# Pub. No. US 2006/0040894 A1, Hunter, et al.

## HA and Lidocaine in the Prior Art

> [0183] The HA-HI composition may further comprise an anesthetic such as lidocaine, benzocaine or prilocalne and/or a neurotoxin such as a botulinum toxin.

*Source: Pub. No. US 2006/0040894 A1, p. 21, par. 0183*

16

# Lidocaine in the Prior Art
## Crosslinked HA Fillers with Lidocaine Were Already Used



# Patents In Dispute

*US Patent No. 8,450,475 B2*

*US Patent No. 8,357,795 B2*




# Law of Claim Construction

Claim construction favors the meaning that "'most naturally aligns with the patent's description of the invention.'"

*Phillips v. AWH Corp., 415 F.3d 1316 (Fed. Cir. 2005)(en banc)*

"[T]he focus in claim construction is on 'the meaning of claim terms within the patent,' and not on the abstract meaning of words."

*Reflex Packaging Inc. v. Lenovo (United States), Inc., No. 5:10-CV-01002-EJD, 2012 U.S. Dist. LEXIS 64594, at *20 (N.D. Cal. May 8, 2012)*

19

# First Disputed Term: "Stable"

| Claim Term (Claim) | Plaintiffs' Construction | Defendants' Construction |
|---|---|---|
| Stable (1, 18, 27, 31, 34) | Resists chemical and physical decomposition | Maintains one of the following aspects: transparent appearance, pH, extrusion force and/or rheological characteristics, hyaluronic acid (HA) concentration, sterility, osmolarity, and lidocaine concentration |

# '475 Patent, Lebreton
## Definition of Stable

### DEFINITIONS

Certain terms as used in the specification are intended to refer to the following definitions, as detailed below. **Where the definition of terms departs from the commonly used meaning of the term, applicant intends to utilize the definitions provided below, unless specifically indicated.**

Autoclave stable or stable to autoclaving as used herein describes a product or composition that is resistant to degradation such that the product or composition maintains at least one, and preferably all, of the following aspects after effective autoclave sterilization: transparent appearance, pH, extrusion force and/or rheological characteristics, hyaluronic acid (HA) concentration, sterility, osmolarity, and lidocaine concentration.

*Source: '475, 4:34-48*

21

## Patentee Can Be His Own Lexicographer

Where the "patent expresses an intention to impart a novel meaning to claim terms,"[1] that definition "controls the meaning of [the claim term], regardless of any potential conflict with the term's ordinary meaning ...."[2] Thus, a claim term should not be given its "plain and ordinary meaning" where "the patentee demonstrated an intent to deviate from the ordinary and accustomed meaning of a claim term by redefining the term ...."[3] These changes to a term's definition can be found not only in the patent itself, but also the prosecution history, which can "provide[ ] evidence of how the PTO and the inventor understood the patent."[4]

[1] *SunRace Roots Enter. Co. v. SRAM Corp.*, 336 F.3d 1298, 1302 (Fed. Cir. 2003).
[2] *3M Innovative Props. Co. v. Avery Dennison Corp.*, 350 F.3d 1365, 1374 (Fed. Cir. 2003).
[3] *SunRace*, 336 F.3d at 1304.
[4] *Phillips*, 415 F.3d at 1317; *Vitronics*, 90 F.3d at 1582-83.

22

# '475 Patent, Lebreton
## Definition of Stable

> The stable compositions maintain at least one of, or all of, the following aspects after effective autoclave sterilization and/or prolonged storage: transparent appearance, pH for use in a patient, extrusion force and/or rheological characteristics, HA concentration, sterility, osmolarity, and lidocaine concentration.

*Source: '475, 5:39-44*

23

# '475 Patent, Lebreton
## Definition of Stable

Table 2 provides a summary of stability testing results on the composition manufactured as described herein.

TABLE 2

| Test | HA/lidocaine Composition | | |
|---|---|---|---|
| | 3 month results | 6 month results | 9 month results |
| Aspect Transparent and homogeneous | Conforms | Conforms | Conforms |
| pH | 7.2 | 7.2 | 7.2 |
| Extrusion Force (N) | 11.9 | 11.1 | 11.9 |
| NaHA Concentration (mg/g) | 23.8 | 23.1 | 24.2 |
| Sterility | Conforms | Conforms | Conforms |
| Osmolarity (mOsm/kg) | 349 | 329 | 342 |
| Lidocaine Content (%) | 0.29 | 0.29 | 0.29 |
| 2,6-dimethylaniline content | Conforms | Conforms | Conforms |

It was discovered that at 9 months time (from manufacture date), the composition continues to meet the product specifications.

*Source: '475, 14:1-24*

24

# Second Disputed Term: "Crosslinked"
## '475 Patent

| Claim Term (Claim) | Plaintiffs' Construction | Defendants' Construction |
|---|---|---|
| HA crosslinked with 1,4-butanediol diglycidyl ether (BDDE) / hyaluronic acid (HA) component crosslinked with 1,4-butanediol diglycidyl ether (BDDE) / (BDDE)-crosslinked hyaluronic acid (1, 18, 27, 31, 34) | HA that forms a macromolecular structure resulting from chemical linking of HA by BDDE | HA that has been **covalently modified** with BDDE to form a macromolecular structure that is **water-insoluble**, such that the **degree of crosslinking is at least about 2% and is up to about 20%**<br><br>"Degree of crosslinking" as used herein has the same construction as agreed by the parties |

25

# Second Disputed Term: "Crosslinked"
## '795 Patent

| Claim Term (Claim) | Plaintiffs' Construction | Defendants' Construction |
|---|---|---|
| Hyaluronic acid (HA) component crosslinked with a crosslinking agent (1) | HA that forms a macromolecular structure resulting from chemical linking of HA by a crosslinking agent | HA that has been **covalently modified** with a crosslinking agent to form a macromolecular structure that is **water-insoluble**, such that the **degree of crosslinking is at least about 2% and is up to about 20%**<br><br>"Degree of crosslinking" as used herein has the same construction as agreed by the parties within the '475 Patent |

# Agreed-Upon Constructions
## '475 Patent

| Claim Term (Claim) | Agreed-Upon Construction |
|---|---|
| Degree of crosslinking (5-7, 18, 27, 31, 37) | The percent weight ratio of crosslinking agent to HA monomeric units (HA disaccharide units) within the crosslinked portion of the HA based composition (i.e., (total mass of crosslinking agent / total mass of monomeric units) * 100))<br><br>The "crosslinked portion of the HA based composition" as used herein has the same construction as the other terms referring to "crosslinked HA," as construed by the court |

27

## Second Disputed Term: "Crosslinked"

- **Covalently modified**
- **Water-insoluble**
- **Degree of crosslinking**

28

## Second Disputed Term: "Crosslinked"

- **Covalently modified**
- Water-insoluble
- Degree of crosslinking

29

# 7,902,171 B2 Patent, Reinmuller
## Art Describes Crosslinks as Covalent Bonds

> means of an amide, ester or ether bond for example. Further suitable reagents for ==the covalent crosslinkage== of hyaluronic acid are ethylene glycol diglycidyl ether or 1,4-butanediol diglycidyl ether, divinyl sulfone, photocrosslinking reagents, such as ethyleosin, hydrazides, such as bishydrazide, trishydrazide and polyvalent hydrazide compounds. Furthermore, intra- or/and intermolecularly esterified hyaluronic acid derivatives can also be employed. A noncovalent crosslinkage using multivalent metal ions, such as, for example, iron, copper, zinc, calcium, magnesium, barium and other chelating metal ions is particularly preferred.

*Source: '171, 2:9-20*

30