# Degree of Crosslinking

| Type of HA | Degree of Crosslinking | Characteristics |
| --- | --- | --- |
| Free HA | 0% | Water soluble; No crosslinking between HA polymers; Easy to inject |
| Lightly crosslinked HA | <2% | Some covalent bonds providing crosslinkages between HA polymers; Water soluble; Easy to inject |
| Crosslinked HA | 2-20% | Sufficient covalent bonds providing crosslinkages between HA polymers to make substantially solid & water insoluble; Hard to inject |

40