# Third Disputed Term: "Uncrosslinked HA / Free HA"

| Claim Term (Claim) | Plaintiffs' Construction | Defendants' Construction |
|---|---|---|
| Uncrosslinked HA / free HA (1, 2, 4, 9, 18, 19, 27, 28, 29, 31, 33, 34) | Water-soluble HA (i.e. uncrosslinked HA and/or lightly crosslinked HA) | Water-soluble HA (i.e. uncrosslinked HA and/or lightly crosslinked HA) **that is added to the crosslinked HA portion of the composition** |