UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 13-1436-AG(JPRx)                                    Date  August 12, 2014

Title  ALLERGAN USA, INC, ET AL v MEDICIS AESTHETICS, INC, ET AL

---

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Kane, PHV | Donald Norris |
| Elizabeth Flanagan, PHV | William Cavanaugh, PHV |
| Lara Garner | Scott Howard, PHV |

**Proceedings:**   CLAIM CONSTRUCTION HEARING

Cause is called for hearing and counsel make their appearances.  Counsel argue the tentative ruling.  Matter is taken under submission.

                                                                                                        :    55

                                                                        Initials of Preparer   lmb