Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
Lara S. Garner (CA Bar No. 234701) (lgarner@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
FISH & RICHARDSON P.C.
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone:  (213) 533-4240 / Fax:  (213) 996-8304

Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
Michael J. Kane (pro hac vice) (kane@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone:  (612) 335-5070 / Fax:  (612) 288-9696

Susan M. Coletti (pro hac vice) (coletti@fr.com)
Elizabeth M. Flanagan (pro hac vice) (eflanagan@fr.com)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Telephone:  (302) 652-5070 / Fax:  (302) 652-0607

Attorneys for Plaintiffs
ALLERGAN USA, INC. and
ALLERGAN INDUSTRIE, SAS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS, <br><br> Plaintiffs, <br><br> v. <br><br> MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC. and GALDERMA LABORATORIES, L.P. <br><br> Defendants. | Case No. 8:13-cv-01436 AG (JPRx) <br><br> **DECLARATION OF ELIZABETH M. FLANAGAN IN SUPPORT OF APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> Date: January 12, 2015 <br> Time: 10:00 a.m. <br> Ctrm: 10D <br> Judge:  Hon. Andrew J. Guilford |

1    I, Elizabeth M. Flanagan, declare as follows:

2    1.   I, Elizabeth M. Flanagan, declare and state that the following is true to
3 the best of my knowledge, information and belief and I make this declaration in
4 support of Allergan's Application to File Under Seal:

5    2.   I am an attorney representing Plaintiffs Allergan USA, Inc. and
6 Allergan Industrie SAS ("Allergan").  I have personal knowledge of the matters
7 stated in this declaration and if called upon to testify in this action as to the matters
8 set forth in this declaration, I could and would competently testify thereto.  As to
9 those matters stated on information and belief, I have carefully examined the
10 information and reasonably believe it to be true.

11   3.   On December 16, 2014, I spoke with Defendants' counsel, William
12 Schmedlin, of Patterson Belknap Webb & Tyler LLP, in person, and notified him of
13 Allergan's intent to seal Defendants' documents designated confidential under the
14 Protective Order.  Mr. Schmedlin agreed with Allergan's proposal to file Defendants'
15 confidential information under seal.

16   4.   I declare under penalty of perjury under the laws of the United States
17 that the foregoing is true and correct.

18   Executed on December 16, 2014 at Wilmington, Delaware.

20          FISH & RICHARDSON P.C.

22          By: */s/ Elizabeth M. Flanagan*
23              Elizabeth M. Flanagan

24          Attorneys for Plaintiffs
25          ALLERGAN USA, INC. and
            ALLERGAN INDUSTRIE, SAS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 16, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

          */s/ Elizabeth M. Flanagan*
          Elizabeth M. Flanagan