| | |
|---|---|
| 1 | Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com) |
| | Lara S. Garner (CA Bar No. 234701) (lgarner@fr.com) |
| 2 | FISH & RICHARDSON P.C. |
| | 12390 El Camino Real |
| 3 | San Diego, CA 92130 |
| | Telephone: (858) 678-5070 / Fax: (858) 678-5099 |
| 4 | |
| 5 | Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com) |
| | FISH & RICHARDSON P.C. |
| 6 | 555 W. 5th Street, 31st Floor |
| | Los Angeles, California 90013 |
| 7 | Telephone: (213) 533-4240 / Fax: (213) 996-8304 |
| 8 | Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com) |
| | Michael J. Kane (pro hac vice) (kane@fr.com) |
| 9 | FISH & RICHARDSON P.C. |
| | 60 South Sixth Street, Suite 3200 |
| 10 | Minneapolis, MN 55402 |
| | Telephone: (612) 335-5070 / Fax: (612) 288-9696 |
| 11 | Susan M. Coletti (pro hac vice) (coletti@fr.com) |
| | Elizabeth M. Flanagan (pro hac vice) (eflanagan@fr.com) |
| 12 | FISH & RICHARDSON P.C. |
| | 222 Delaware Avenue, 17th Floor |
| 13 | Wilmington, DE 19899 |
| | Telephone: (302) 652-5070 / Fax: (302) 652-0607 |
| 14 | |
| 15 | Attorneys for Plaintiffs |
| | ALLERGAN USA, INC. and |
| 16 | ALLERGAN INDUSTRIE, SAS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS, | Case No. SACV13-01436 AG (JPRx) |
| 20 | | DISCOVERY MATTER |
| 21 | Plaintiffs, | DECLARATION OF ELIZABETH M. FLANAGAN IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL |
| 22 | v. | |
| 23 | MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., AND GALDERMA LABORATORIES, L.P. | Judge: Hon. Jean P. Rosenbluth |
| 24 | | Hearing: February 26, 2015 |
| 25 | | Time: 10:00 a.m. |
| | | Ctrm: A-8th Floor |
| 26 | | Discovery cutoff date: April 10, 2015 |
| | | Pretrial conference date: July 20, 2015 |
| 27 | | Trial date: August 4, 2015 |
| | Defendants. | |

DECLARATION OF ELIZABETH M. FLANAGAN
Case No. 8:13-cv-01436 AG (JPRx)

I, Elizabeth M. Flanagan, declare as follows:

1. I am an attorney at Fish & Richardson P.C., and have been admitted *pro hac vice* in the above-captioned litigation as counsel for Plaintiffs Allergan USA, Inc., and Allergan Industrie, SAS ("Allergan").

2. Attached hereto as Exhibit 1 is a true and correct copy of correspondence from Plaintiffs' counsel to Defendants' counsel, dated January 14, 2015.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Scheduling Order Specifying Procedures (Document 34), dated February 3, 2014.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order Granting Stipulation to Amend Scheduling Order Specifying Procedures (Document 78), dated August 4, 2014.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Order Granting Stipulation to Amend the Scheduling Order Specifying Procedures (Document 107), dated January 14, 2015.

6. Attached hereto as Exhibit 5 is a true and correct copy of Defendants' Revised List of Potential E-Mail Custodians, dated June 18, 2014.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Initial Disclosures of Galderma Laboratories, L.P., served December 29, 2014.

8. Attached hereto as Exhibit 7 is a true and correct copy of email correspondence from Defendants' counsel to Plaintiffs' counsel, dated January 15, 2015.

9. Attached hereto as Exhibit 8 is a true and correct copy of redacted email correspondence between Plaintiffs' counsel and Defendants' counsel, dated October 13, 2014 through October 15, 2014.

10. Attached hereto as Exhibit 9 is a true and correct copy of correspondence from Defendants' counsel to Plaintiffs' counsel, dated October 23, 2014.

11. Attached hereto as Exhibit 10 is a true and correct copy of correspondence from Plaintiffs' counsel to Defendants' counsel, dated December 22, 2014.

12. Attached hereto as Exhibit 11 is a true and correct copy of correspondence from Plaintiffs' counsel to Defendants' counsel, dated January 19, 2015.

13. Attached hereto as Exhibit 12 is a true and correct copy excerpts from of the Petition for *Inter Partes* Review for U.S. Patent No. 8,450,475.

14. Attached hereto as Exhibit 13 is a true and correct copy of email correspondence from Defendants' counsel to Plaintiffs' counsel, dated November 11, 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 5, 2015 at Wilmington, Delaware.

FISH & RICHARDSON P.C.

By: */s/ Elizabeth M. Flanagan*
    Elizabeth M. Flanagan

Attorneys for Plaintiffs
ALLERGAN USA, INC. and
ALLERGAN INDUSTRIE, SAS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 5, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Elizabeth M. Flanagan*
Elizabeth M. Flanagan