# Exhibit 6

Donald G. Norris (SBN 90000)
Douglas F. Galanter (SBN 93740)
Norris & Galanter LLP
523 W. Sixth St., Suite 716
Los Angeles, CA 90014
Tel:   213-232-0855
Fax:   213-286-9499
dnorris@norgallaw.com
dgalanter@norgallaw.com

William F. Cavanaugh (SBN 133461)
Scott B. Howard (admitted *pro hac vice*)
William F. Schmedlin (admitted *pro hac vice*)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 336-2000
Fax:          (212) 336-2222
wfcavanaugh@pbwt.com
sbhoward@pbwt.com
wschmedlin@pbwt.com

Attorneys for Defendants
MEDICIS AESTHETICS, INC., MEDICIS
PHARMACEUTICAL CORP., VALEANT
PHARMACEUTICALS NORTH AMERICA LLC,
VALEANT PHARMACEUTICALS INTERNATIONAL,
VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and GALDERMA
LABORATORIES, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and GALDERMA LABORATORIES, L.P.<br>                    Defendants. | Case No.:  SACV13-01436 AG (JPRx)<br><br>**INITIAL DISCLOSURES OF GALDERMA LABORATORIES, L.P.** |

INITIAL DISCLOSURES OF                                   Case No.:  SACV13-01436 AG (JPRx)
GALDERMA LABORATORIES, L.P.

EXHIBIT 6
PAGE 24

Defendant Galderma Laboratories, L.P. ("Galderma Labs" or "Defendant"), by its undersigned attorneys, hereby submits to Plaintiffs the following Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.  In addition, Galderma Labs expressly reserves all objections to the use for any purpose of this Initial Disclosure or any of the information referenced herein in this case or any other case or proceeding.

By making these disclosures, Galderma Labs does not represent that they are identifying every document, tangible thing, or witness possibly relevant to all issues that may eventually be raised in this lawsuit.  Pursuant to Rule 26(b)(1) and other applicable Federal Rules of Civil Procedure, Galderma Labs is not disclosing documents or information protected by the attorney-client privilege or work-product immunity.  Galderma Labs's disclosures represent a good faith effort to identify information it reasonably believes is required by Rule 26(a)(1).

Galderma Labs's disclosures are made without in any way waiving:  (1) the right to object on the ground of competency, privilege, relevancy and materiality, hearsay, or other proper ground; (2) the right to object to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding in these actions or any other action; and (3) the right to object on any and all grounds, the subject matter of these disclosures.

The disclosures set forth below are made subject to the above objections and qualifications.

I.    **Persons with Knowledge of Discoverable Information**

Rule 26(a)(1)(A)(i) prescribes the identification of:
the name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

INITIAL DISCLOSURES OF                                    Case No.:  SACV13-01436 AG (JPRx)
GALDERMA LABORATORIES, L.P.

EXHIBIT 6
PAGE 25

The following individuals are believed to be likely to have information defendant may use to support its claims or defenses:

| Name | Contact Information | Subject Matter |
|---|---|---|
| Per Langö, Galderma Labs | c/o Patterson Belknap Webb & Tyler LLP 1133 Avenue of the Americas New York, NY 10036 | Development of the Restylane-L® and Perlane-L® products. |
| Rick Lawrence, Galderma Labs | c/o Patterson Belknap Webb & Tyler LLP 1133 Avenue of the Americas New York, NY 10036 | Marketing of Restylane-L® and Perlane-L®. |
| Peter Bjurling, Q-Med | c/o Patterson Belknap Webb & Tyler LLP 1133 Avenue of the Americas New York, NY 10036 | Development of the Restylane-L® and Perlane-L® products. |
| Per Wimlos, Q-Med | c/o Patterson Belknap Webb & Tyler LLP 1133 Avenue of the Americas New York, NY 10036 | Development of the Restylane-L® and Perlane-L® products. |

Galderma Labs reserves the right to call any and all additional fact witnesses revealed during investigation or discovery that have relevant information regarding this lawsuit.  Galderma Labs incorporates by reference the names of any and all persons disclosed by Plaintiffs and other Defendants through disclosures, answers to interrogatories, responses to requests for production or for admission, pleadings, or otherwise.  Galderma Labs's investigation is ongoing and it reserves the right to modify, amend, or otherwise supplement this list of individuals based on investigation and further discovery as additional information becomes available.

II.   **Relevant Documents**

Rule 26(a)(1)(A)(ii) calls for disclosure of:

> a copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

By providing the following description of documents pursuant to Rule 26(a)(1)(A)(ii), Galderma Labs does not waive its right to withhold production of any document in their possession which is protected by the attorney-client privilege, the work-product immunity, or any other claim of privilege or immunity, or Galderma Labs is prohibited from producing under a legitimate confidentiality agreement, or where production of such a document would be otherwise unlawful.

1. The Inter Partes Review ("IPR") petitions, declarations, and exhibits submitted challenging both of the patents-in-suit.

2. Financial and other documents relating to the sales of Restylane-L® and Perlane-L®.

3. Documents related to the market and/or marketing of Restylane-L® and Perlane-L®.

4. Documents provided to Galderma by Valeant during or after the transfer of rights to Restylane-L® and Perlane-L®.

This initial disclosure is subject to additional or different information and additional documents that future investigation may disclose, or should additional claims be added by Plaintiffs.

III.   **Computation of Damages**

Rule 26(a)(1)(A)(iii) calls for disclosure of:

> a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

INITIAL DISCLOSURES OF                                     -3-                Case No.:  SACV13-01436 AG (JPRx)
GALDERMA LABORATORIES, L.P.

EXHIBIT 6
PAGE 27

1        Galderma Labs does not seek damages at this time.

2    IV.   **Insurance Agreement**

3        Rule 26(a)(1)(A)(iv) calls for disclosure of:

4            any insurance agreement under which an insurance business may be
             liable to satisfy all or part of a possible judgment in the action or to
5            indemnify or reimburse for payments made to satisfy the judgment.

6        Galderma Labs is not aware of any such agreement at this time.  Galderma Labs

7    reserves the right to supplement this initial disclosure if any pertinent insurance

8    agreements are later identified.

9

10

11

12   Dated:    December 29, 2014          By: __/s/  William F. Cavanaugh_____
                                          William F. Cavanaugh
13
                                          PATTERSON BELKNAP WEBB & TYLER
14                                        LLP

15                                        *Attorneys for Defendants*
                                          MEDICIS AESTHETICS, INC., MEDICIS
16                                        PHARMACEUTICAL CORP., VALEANT
                                          PHARMACEUTICALS NORTH AMERICA
17                                        LLC, VALEANT PHARMACEUTICALS
                                          INTERNATIONAL, VALEANT
18                                        PHARMACEUTICALS INTERNATIONAL,
                                          INC., and GALDERMA LABORATORIES,
19                                        L.P.

20

21

22

23

24

25

26

27

28

INITIAL DISCLOSURES OF                   -4-        Case No.:  SACV13-01436 AG (JPRx)
GALDERMA LABORATORIES, L.P.

EXHIBIT 6
PAGE 28

1

2

**PROOF OF SERVICE**

3          I am employed in the County of New York, my business address is Patterson

4   Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York

5   10036.  I am over the age of 18 and not a party to the foregoing action.

6          On December 29, 2014, I caused a copy of the following document(s):

7   **INITIAL DISCLOSURES OF GALDERMA LABORATORIES, L.P.**

8   to be served on the interested parties in this action by ELECTRONIC MAIL, via the

9   email addresses set forth below:

10          brooks@fr.com
            lgarner@fr.com
11          countryman@fr.com
            singer@fr.com
12          kane@fr.com
            coletti@fr.com
13          eflanagan@fr.com

14   Juanita R. Brooks                      Craig E. Countryman
     Lara S. Garner                         Fish & Richardson P.C.
15   Fish & Richardson P.C.                 555 W. 5th Street, 31st Floor
     12390 El Camino Real                   Los Angeles, California 90013
16   San Diego, CA 92130

17   Jonathan E. Singer                     Susan M. Coletti
     Michael J. Kane                        Elizabeth M. Flanagan
18   Fish & Richardson P.C.                 Fish & Richardson P.C.
     60 South Sixth Street, Suite 3200      222 Delaware Avenue, 17th Floor
19   Minneapolis, MN 55402                  Wilmington, DE 19899

20

21          I declare under penalty of perjury that the above is true and correct.  Executed

22   on December 29, 2014, at New York, NY.

23

24                                          /s/ William F. Schmedlin
                                            William F. Schmedlin
25

26

27

28

INITIAL DISCLOSURES OF                    -5-          Case No.:  SACV13-01436 AG (JPRx)
GALDERMA LABORATORIES, L.P.

EXHIBIT 6
PAGE 29