Donald G. Norris (SBN 90000)
Douglas F. Galanter (SBN 93740)
Norris & Galanter LLP
523 W. Sixth St., Suite 716
Los Angeles, CA 90014
Tel:   213-232-0855
Fax:   213-286-9499
dnorris@norgallaw.com
dgalanter@norgallaw.com

William F. Cavanaugh (SBN 133461)
Scott B. Howard (admitted *pro hac vice*)
William F. Schmedlin (admitted *pro hac vice*)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 336-2000
Fax:         (212) 336-2222
wcavanaugh@pbwt.com
sbhoward@pbwt.com
wschmedlin@pbwt.com

Attorneys for Defendants
MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP.,
VALEANT PHARMACEUTICALS NORTH AMERICA LLC,
VALEANT PHARMACEUTICALS INTERNATIONAL,
VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and GALDERMA
LABORATORIES, L.P.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., AND GALDERMA LABORATORIES, L.P.<br><br>Defendants. | Case No. 8:13-cv-01436 AG (JPRx)<br><br>DISCOVERY MATTER<br><br>DECLARATION OF SCOTT B. HOWARD IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL<br><br>Judge: Hon. Jean P. Rosenbluth<br>Hearing: February 26, 2015<br>Time: 10: a.m.<br>Ctrm: A-8th Floor |

I, Scott B. Howard, declare as follows:

1. I am a member of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for the Defendants in the above-captioned case. I am admitted to practice in the State of California *pro hac vice*.

2. On January 13, 2015, counsel for Plaintiffs took the deposition under oath of Ryan Weldon. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the official transcript of that deposition.

3. On December 12, 2014, counsel for Plaintiffs took the deposition under oath of Jeffrey M. Strauss. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the official transcript of that deposition.

4. On December 16, 2014, counsel for Plaintiffs took the deposition under oath of Steven J. Knapp. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the official transcript of that deposition.

5. Attached hereto as Exhibit 4 is a true and correct copy of Defendants' Second Amended Response to Plaintiffs' Interrogatory No. 13, which was served on Plaintiffs on January 30, 2015.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Order Denying Plaintiffs' Motion for Leave to File a Third Amended Complaint (Document 105), entered by the Hon. Andrew J. Guilford on January 12, 2015.

I declare, under penalty of perjury, that the foregoing statements are true and correct.

Dated: February 2, 2015

/s/ Scott B. Howard
Scott B. Howard
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10282
sbhoward@pbwt.com
Phone: (212) 336-2000
Fax: (212) 336-2222

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 5, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

              */s/  Elizabeth M. Flanagan*