# EXHIBIT 1

# In The Matter Of:

*ALLERGAN USA, INC.*
*v.*
*MEDICIS AESTHETICS, INC.*

――――――――――――――――――――――――

*WELDON, RYAN - Vol. 1*
*January 13, 2015*

――――――――――――――――――――――

*CONFIDENTIAL*

**MERRILL CORPORATION**
LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

CONFIDENTIAL
RYAN WELDON - 1/13/2015

Page 1

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-----------------------------------x
ALLERGAN USA, INC., and ALLERGAN
INDUSTRIE, SAS,

                              Plaintiffs,

                                       Case No.
              -against-            SACV13-01436 AG
                                        (JPRx)

MEDICIS AESTHETICS, INC.,
MEDICIS PHARMACEUTICAL CORP.,
VALEANT PHARMACEUTICALS
NORTH AMERICA LLC,
VALEANT PHARMACEUTICALS
INTERNATIONAL, and VALEANT
PHARMACEUTICALS INTERNATIONAL, INC.

                              Defendants.
-----------------------------------x
              CONFIDENTIAL

                         January 13, 2015
                         9:02 a.m.
```

Videotaped Deposition of RYAN WELDON taken by Plaintiff, pursuant to Notice, at the offices of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York, before TAMMEY M. PASTOR, a Registered Professional Reporter, Certified LiveNote Reporter and Notary Public within and for the State of New York.

CONFIDENTIAL
RYAN WELDON - 1/13/2015

Page 2

```
 1   A P P E A R A N C E S:

 2       FISH & RICHARDSON P.C.
         Attorneys for Plaintiffs
 3            222 Delaware Avenue,
              17th Floor
 4            P.O. Box 1114
              Wilmington, DE 19801
 5
         BY:  SUSAN MORRISON COLETTI, ESQ.
 6            (coletti@fr.com)

 7


 8
         PATTERSON BELKNAP WEBB & TYLER LLP
 9       Attorneys for Defendants
              1133 Avenue of the Americas
10            New York, NY 10036-6710

11       BY:  SCOTT B. HOWARD, ESQ.
              (Sbhoward@pbwt.com)
12

13   ALSO PRESENT:

14   DAVID PELOZA, Videographer
     Merrill Legal Solutions
15

16

17

18

19

20

21

22

23

24

25
```

|    |                                                      |          |
|----|------------------------------------------------------|----------|
| 1  | stimulator of your body's collagen.                  | 10:04:31 |
| 2  | So you have four categories.                         | 10:04:37 |
| 3  | This actually encompasses the full portfolio         | 10:04:42 |
| 4  | for aesthetics post acquisition of Medicis           | 10:04:44 |
| 5  | for the company. And we felt, you know, we           | 10:04:49 |
| 6  | would have offerings in each of these. And           | 10:04:51 |
| 7  | these are all used within an aesthetics              | 10:04:54 |
| 8  | office. So that's why they were                      | 10:04:56 |
| 9  | complementary.                                       | 10:04:57 |
| 10 | Q.    Can you go to 21 now. On the                   | 10:05:05 |
| 11 | right side the first bullet point says,              | 10:05:15 |
| 12 | "Significant majority of synergies to come           | 10:05:18 |
| 13 | from head count reduction."                          | 10:05:21 |
| 14 | Do you see that?                                     | 10:05:23 |
| 15 | A.    Yes.                                           | 10:05:23 |
| 16 | Q.    What does that mean?                           | 10:05:24 |
| 17 | A.    So when we would assess deals                  | 10:05:25 |
| 18 | you're trying to extract synergies, there            | 10:05:32 |
| 19 | would be cost synergies, then there is               | 10:05:34 |
| 20 | revenue synergies. So how would the                  | 10:05:37 |
| 21 | combination of the companies help to                 | 10:05:41 |
| 22 | increase the top line or reduce costs.               | 10:05:43 |
| 23 | In reducing costs obviously                          | 10:05:47 |
| 24 | there is a lot of opportunities, you can             | 10:05:51 |
| 25 | spend less money on advertising or, you              | 10:05:55 |

CONFIDENTIAL
RYAN   WELDON - 1/13/2015

Page 57

| | | |
|---|---|---|
| 1 | know, those type of things. | 10:05:57 |
| 2 | In this particular deal there | 10:05:59 |
| 3 | was a lot of overlap in terms of corporate | 10:06:02 |
| 4 | structure -- corporate staff. Medicis which | 10:06:04 |
| 5 | was headquarters in Scottsdale, Arizona had | 10:06:08 |
| 6 | a large sort of headquarter based, large | 10:06:11 |
| 7 | number of personnel there. | 10:06:18 |
| 8 | Many of the positions were | 10:06:20 |
| 9 | duplicative with the positions that we had | 10:06:23 |
| 10 | in New Jersey. So, you know, for one company | 10:06:26 |
| 11 | you no longer need two heads of investor | 10:06:29 |
| 12 | relations, you only need one. | 10:06:32 |
| 13 | So there were quite a few sort | 10:06:33 |
| 14 | of overlaps. There were some areas where we | 10:06:37 |
| 15 | didn't overlap. But the largest number of | 10:06:42 |
| 16 | the synergies, in terms of cost reductions | 10:06:44 |
| 17 | was really going to come from those overlaps | 10:06:46 |
| 18 | and reducing personnel. | 10:06:49 |
| 19 | In some cases eliminating | 10:06:51 |
| 20 | positions in the New Jersey office and in | 10:06:53 |
| 21 | other situations reducing the personnel and | 10:06:57 |
| 22 | head count at the Medicis office in Arizona. | 10:07:00 |
| 23 | Q.   Do you have any sense of how | 10:07:04 |
| 24 | many people were let go after the Medicis | 10:07:05 |
| 25 | acquisition? | 10:07:08 |

CONFIDENTIAL
RYAN   WELDON - 1/13/2015

Page 58

```
 1        A.      Yes. In Arizona it was about        10:07:09
 2    300, 320.                                        10:07:13
 3        Q.      Out of how many employees were       10:07:15
 4    there?                                           10:07:16
 5        A.      Maybe 520. 500, around there.        10:07:16
 6        Q.      How many were let go in New          10:07:21
 7    Jersey?                                          10:07:23
 8        A.      I do not recall that. That           10:07:23
 9    would have mostly been I believe on the          10:07:28
10    clinical side and I was not too closely          10:07:32
11    involved with which clinical positions were     10:07:35
12    where.                                           10:07:38
13                I know that there was, there         10:07:38
14    were a number of people from the clinical --    10:07:41
15    from Medicis's clinical team that were          10:07:43
16    retained in Arizona. They eventually left on   10:07:46
17    their own for the most part. But they had       10:07:49
18    more dermatology expertise.                     10:07:53
19                When we bought Dermik and Ortho     10:07:55
20    Derm from Sanofi Aventis and J&J                 10:07:58
21    respectively, we got sales forces.  We          10:08:02
22    didn't get a bunch of clinical people with      10:08:05
23    expertise in those areas. So Medicis was the   10:08:06
24    first acquisition where we really got people   10:08:09
25    that had a lot of dermatology experience.      10:08:11
```

| | | |
|---|---|---|
| 1 | Some of our people in New Jersey had that. | 10:08:15 |
| 2 | But how those sort of fell out I can't | 10:08:17 |
| 3 | recall. | 10:08:21 |
| 4 | Q.    By the time you left Valeant | 10:08:26 |
| 5 | how many of those legacy Medicis employees | 10:08:29 |
| 6 | were still around? | 10:08:32 |
| 7 | A.    Excluding the sales force? | 10:08:32 |
| 8 | Q.    Uh-huh. | 10:08:34 |
| 9 | A.    Very few. In aesthetics Vince | 10:08:35 |
| 10 | had been there -- remained there until | 10:08:44 |
| 11 | almost the end of 2013. A couple of other | 10:08:47 |
| 12 | people on that team stayed until October | 10:08:51 |
| 13 | when we decided to move. We actually made | 10:08:54 |
| 14 | the decision to move -- to shut down | 10:08:57 |
| 15 | Arizona, that headquarters a month after I | 10:09:02 |
| 16 | moved there in maybe the September 2013, | 10:09:04 |
| 17 | around that September time frame. | 10:09:10 |
| 18 | So at that point there were a | 10:09:13 |
| 19 | number of people that were offered | 10:09:14 |
| 20 | opportunity to move to New Jersey, which | 10:09:16 |
| 21 | apparently is a hard sell coming from | 10:09:18 |
| 22 | Arizona. Some people chose not to take that | 10:09:20 |
| 23 | opportunity. | 10:09:23 |
| 24 | So we ended up letting go of | 10:09:26 |
| 25 | some people that -- in Scottsdale. But I | 10:09:29 |

CONFIDENTIAL
RYAN  WELDON - 1/13/2015

Page 60

| | | |
|---|---|---|
| 1 | would say for the most part most of | 10:09:32 |
| 2 | the people in the Scottsdale office, within | 10:09:36 |
| 3 | ten months were gone. | 10:09:38 |
| 4 |     MR. HOWARD:  We have been going | 10:09:42 |
| 5 | over an hour, whenever it is a good time | 10:09:43 |
| 6 | for a break. | 10:09:46 |
| 7 |     MS. COLETTI:  I was just about to | 10:09:46 |
| 8 | say why don't we take a quick break. | 10:09:47 |
| 9 |     THE VIDEOGRAPHER:  Okay. We | 10:09:49 |
| 10 | will go off the record. The time is | 10:09:50 |
| 11 | 10:09. | 10:09:52 |
| 12 | (Recess taken.) | 10:09:59 |
| 13 |     THE VIDEOGRAPHER:  Back on the | 10:21:19 |
| 14 | record 10:21. | 10:21:28 |
| 15 | EXAMINATION CONDUCTED BY | 10:21:30 |
| 16 | MS. COLETTI: | 10:21:30 |
| 17 | Q.  Welcome back, Mr. Weldon. I | 10:21:30 |
| 18 | want to talk a little bit about some of the | 10:21:34 |
| 19 | other acquisitions. In particular, were you | 10:21:37 |
| 20 | involved at all in the potential acquisition | 10:21:40 |
| 21 | of Allergan? | 10:21:42 |
| 22 | A.  How would you define involved? | 10:21:45 |
| 23 | Q.  Did you do any evaluations, did | 10:21:46 |
| 24 | you look at any documents? | 10:21:48 |
| 25 | A.  By that definition, I had very, | 10:21:52 |