# EXHIBIT 2

# In The Matter Of:

*ALLERGAN USA, INC.*

*v.*

*MEDICIS AESTHETICS, INC.*

_____

*STRAUSS, JEFFREY M., 30(b)(6) - Vol. 1*
*December 12, 2014*

_____

*CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
JEFFREY M. STRAUSS, 30(b)(6) - 12/12/2014

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

-----------------------------------x

ALLERGAN USA, INC., and ALLERGAN
INDUSTRIE, SAS,

                     Plaintiffs,
                     Case No.
    -against-     SACV13-01436 AG (JPRx)

MEDICIS AESTHETICS, INC.,
MEDICIS PHARMACEUTICAL CORP.,
VALEANT  PHARMACEUTICALS
NORTH AMERICA LLC,
VALEANT PHARMACEUTICALS
INTERNATIONAL, and VALEANT
PHARMACEUTICALS INTERNATIONAL, INC.

                     Defendants.
-----------------------------------x
                     December 12, 2014
                     8:44 a.m.

  CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

   Videotaped Deposition of JEFFREY M.
STRAUSS, taken by Plaintiff, pursuant to
Personal Notice and 30(b)(6) Notice, at the
offices of Patterson Belknap Webb & Tyler LLP,
1133 Avenue of the Americas, New York, New
York, before William Visconti, a Shorthand
Reporter and Notary Public within and for the
State of New York.

```
              CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
              JEFFREY M. STRAUSS, 30(b)(6) - 12/12/2014
                                                              Page 2

  1

  2   A P P E A R A N C E S:
          FISH & RICHARDSON P.C.
  3       Attorneys for Plaintiff
                 12390 El Camino Real
  4              San Diego, CA 92130

  5       BY:    LARA S. GARNER, ESQ.
                 lgarner@fr.com
  6

  7       PATTERSON BELKNAP WEBB & TYLER LLP
          Attorneys for Defendants
  8              1133 Avenue of the Americas
                 New York, NY 10036-6710
  9
          BY:    ADAM PINTO, ESQ.
 10              apinto@pbwt.com

 11

 12
      ALSO PRESENT:
 13
          DAVID PELOZA, Videographer
 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
JEFFREY M. STRAUSS, 30(b)(6) - 12/12/2014

Page 74

| | | |
|---|---|---|
| 1 | A. The components of the model are the | 10:50:07 |
| 2 | products, so that all feeds into the model. | 10:50:11 |
| 3 | Again you need to ask business development, | 10:50:13 |
| 4 | they could give you a much clearer answer. But | 10:50:16 |
| 5 | it is the assets that make up the company and | 10:50:20 |
| 6 | then what the long-term potential is. The | 10:50:22 |
| 7 | lifetime value of those assets. | 10:50:24 |
| 8 | Q. Are you aware of any discounts that | 10:50:36 |
| 9 | would have applied, been applied in the model? | 10:50:39 |
| 10 | MR. PINTO: Objection, asked and | 10:50:40 |
| 11 | answered. | 10:50:44 |
| 12 | A. There is assumptions built in based | 10:50:46 |
| 13 | on average sale price. | 10:50:52 |
| 14 | Q. Would the expected value of sales | 10:50:57 |
| 15 | be discounted for any reason in assessing the | 10:51:01 |
| 16 | value of the acquisition of the company, to | 10:51:08 |
| 17 | your knowledge? | 10:51:08 |
| 18 | A. Not to my knowledge. | 10:51:22 |
| 19 | Q. What other products did Valeant | 10:51:24 |
| 20 | acquire with acquisition of Medicis besides | 10:51:28 |
| 21 | Restylane-L and Perlane-L? | 10:51:30 |
| 22 | MR. PINTO: Objection, asked and | 10:51:31 |
| 23 | answered. | 10:51:31 |
| 24 | A. Can you repeat the question? | 10:51:34 |
| 25 | Q. What other products did Valeant | |

Merrill Corporation                                          800-826-0277
www.deposition.com/southern-california.htm

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
JEFFREY M. STRAUSS, 30(b)(6) - 12/12/2014

Page 75

| | | |
|---|---|---|
| 1 | acquire with the acquisition of Medicis other | 10:51:42 |
| 2 | than Perlane-L and Restylane-L? | 10:51:43 |
| 3 | A.   There is the dermatology lines of | 10:51:45 |
| 4 | products, which was the bulk of the vast -- or | 10:51:50 |
| 5 | the value of assets. | 10:51:56 |
| 6 | Q.   What part of the value was due to | 10:52:01 |
| 7 | Restylane-L and Perlane-L? | 10:52:03 |
| 8 | A.   I don't know what it was determined | 10:52:10 |
| 9 | as in the model. | 10:53:39 |
| 10 | Q.   Immediately following the | 10:53:40 |
| 11 | acquisition I think that you said that operations | 10:53:44 |
| 12 | continued in Arizona for Medicis? | 10:53:46 |
| 13 | A.   They did. | 10:53:46 |
| 14 | Q.   Did all of the employees continue | 10:53:52 |
| 15 | to be employed, the same employees, for some | 10:53:56 |
| 16 | period of time after the acquisition? | 10:53:57 |
| 17 | A.   No, I don't believe so.  I think | 10:53:59 |
| 18 | there was upon closing immediate termination of | 10:54:06 |
| 19 | a certain amount of employees. | 10:54:08 |
| 20 | Q.   Do you know how many percentagewise | 10:54:13 |
| 21 | were terminated immediately after acquisition? | 10:54:15 |
| 22 | A.   Percentagewise, I do not.  I think | 10:54:18 |
| 23 | that I read that it was over 300. | 10:54:22 |
| 24 | Q.   Of what total? | 10:54:24 |
| 25 | A.   I don't know what the total was. | |