# EXHIBIT 3

# In The Matter Of:

*ALLERGAN USA, INC.*

*v.*

*MEDICIS AESTHETICS, INC.*

_____

*KNAPP, STEVEN J., 30(b)(6) and 30(b)(1) - Vol. 1*
*December 16, 2014*

_____

*CONFIDENTIAL*

**MERRILL CORPORATION**
LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

CONFIDENTIAL
STEVEN J. KNAPP, 30(b)(6) and 30(b)(1) - 12/16/2014

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

---------------------------------x
ALLERGAN USA, INC., and          :
ALLERGAN INDUSTRIE, SAS          :
                                 :
          Plaintiffs             :
                                 :
v                                :
                                 :
MEDICIS AESTHETICS, INC.,        : Case No.
MEDICIS PHARMACEUTICAL CORP.,    :
VALEANT PHARMACEUTICALS          : SACV13-01436 AG
NORTH AMERICA LLC,               : (JPRx)
VALEANT PHARMACEUTICALS          :
INTERNATIONAL, and               :
VALEANT PHARMACEUTICALS          :
INTERNATIONAL, INC.              :
                                 :
          Defendants.            :
---------------------------------x

CONFIDENTIAL

Videotape 30(b)(6) and 30(b)(1) Deposition of:

          STEVEN J. KNAPP

Date:          Tuesday, December 16, 2014

Location:      Patterson Belknap Webb & Tyler LLP
               1313 Avenue of the Americas
               New York, New York  10036

Time:          9:00 A.M.




Reported by:

Greg DiDonato, CSR, RPR, CM, CP, CRR

CONFIDENTIAL
STEVEN J. KNAPP, 30(b)(6) and 30(b)(1) - 12/16/2014

Page 2

```
 1   A P P E A R A N C E S:

 2

 3   On behalf of the Plaintiffs:

 4       FISH & RICHARDSON, P.C.
         BY:  ELIZABETH M. FLANAGAN, ESQ.
 5       222 Delaware Avenue, 17th Floor
         Wilmington, DE  19899
 6       (302) 652-5070
         (eflanagan@fr.com)
 7

 8
     On behalf of the Defendants and the Witness:
 9
         PATTERSON BELKNAP WEBB & TYLER LLP
10       BY:  ADAM PINTO, ESQ.
         1133 Avenue of the Americas
11       New York, NY  10036
         (212) 336-2000
12       (apinto@pbwt.com)

13

14

15

16

17   ALSO PRESENT:  WILLIAM PACE, Videographer

18

19

20

21

22

23

24

25
```

```
 1   diligence?                                              10:19:33
 2       A.  Yes.                                            10:19:33
 3       Q.  What were those?                                10:19:33
 4       A.  The entire Medicis' marketed product            10:19:34
 5   portfolio, and every major R&D project that             10:19:39
 6   they had proposed to be carried forward in the          10:19:44
 7   five-year horizon.                                      10:19:49
 8       Q.  As part of your due diligence, did              10:19:53
 9   you look at Allergan's Juvéderm line of                 10:19:59
10   products at all?                                        10:20:02
11       A.  No.                                             10:20:04
12       Q.  Did you consider the market that                10:20:05
13   Restylane and Perlane operated in as part of            10:20:10
14   your due diligence?                                     10:20:14
15       A.  I don't understand that question.               10:20:16
16       Q.  Did you think about the business side           10:20:17
17   of things in your due diligence or was your             10:20:21
18   review more limited to regulatory and product           10:20:23
19   function?                                               10:20:27
20       A.  It was entirely limited to regulatory           10:20:28
21   and product function.                                   10:20:30
22       Q.  Do you know if a team of individuals            10:20:32
23   looked at the acquisition from the marketing            10:20:34
24   and sales side?                                         10:20:39
25           MR. PINTO:  Objection; asked and                10:20:40
```

| | | |
|---|---|---|
| 1 | answered. | 10:20:41 |
| 2 |     A.  I don't know personally. | 10:20:41 |
| 3 |     Q.  Following the acquisition, how was | 10:20:53 |
| 4 | the regulatory affairs aspect of the Restylane | 10:20:56 |
| 5 | family of products transitioned into Valeant? | 10:20:59 |
| 6 |     MR. PINTO:  Objection; asked and | 10:21:02 |
| 7 | answered. | 10:21:04 |
| 8 |     A.  The -- can you repeat that, please. | 10:21:04 |
| 9 |     Q.  Sure.  I'd like to understand how the | 10:21:17 |
| 10 | regulatory affairs aspects of the Restylane | 10:21:21 |
| 11 | family of products was transitioned to Valeant | 10:21:24 |
| 12 | following the merger with Medicis? | 10:21:27 |
| 13 |     A.  Sure.  I understand now.  Thank you. | 10:21:29 |
| 14 |     It was largely kept the way it was at | 10:21:31 |
| 15 | Medicis.  So, Diane Stroehman, as I told you, | 10:21:34 |
| 16 | and Fran Reid were handling these products. | 10:21:38 |
| 17 | Diane had all of the dermatology products plus | 10:21:43 |
| 18 | the Restylane dermal fillers, and Fran | 10:21:47 |
| 19 | reported to her. | 10:21:51 |
| 20 |     There was an advertising and | 10:21:52 |
| 21 | promotion individual that oversaw the | 10:21:55 |
| 22 | advertising and promotion who reported in to | 10:21:58 |
| 23 | Diane, and there was a dossier manager, a | 10:22:00 |
| 24 | single dossier manager who reported in to | 10:22:05 |
| 25 | Diane. | 10:22:08 |

| | | |
|---|---|---|
| 1 | So, initially, I kept the structure | 10:22:09 |
| 2 | function and roles and relationships exactly | 10:22:13 |
| 3 | the way they were at the time of the merger. | 10:22:16 |
| 4 | After about a year, or perhaps less, | 10:22:20 |
| 5 | I'm thinking after about a year, when Arizona | 10:22:26 |
| 6 | facility realized that we weren't going to | 10:22:34 |
| 7 | keep the Scottsdale, Arizona facility, several | 10:22:37 |
| 8 | people left the organization, at which point I | 10:22:42 |
| 9 | hired Jamie Yieh, and transitioned the | 10:22:46 |
| 10 | regulatory responsibility for Sculp -- for the | 10:22:51 |
| 11 | dermal fillers and several mechanical devices | 10:22:56 |
| 12 | to my new hire, Jamie. | 10:22:59 |
| 13 | Fran Reid did the transition to | 10:23:04 |
| 14 | Jamie, and the dossier management aspects | 10:23:08 |
| 15 | transitioned to New Jersey. | 10:23:12 |
| 16 | Q.  Did Diane Stroehman part ways with | 10:23:20 |
| 17 | Medicis and Valeant before Fran Reid | 10:23:26 |
| 18 | transitioned the products to Jamie? | 10:23:28 |
| 19 | A.  Yes. | 10:23:32 |
| 20 | Q.  Did Fran Reid move to New Jersey as | 10:23:35 |
| 21 | part of the acquisition? | 10:23:37 |
| 22 | A.  No. | 10:23:41 |
| 23 | Q.  And where does Jamie work, what | 10:23:42 |
| 24 | location? | 10:23:45 |
| 25 | A.  In the main office in Bridgewater, | 10:23:45 |

1    New Jersey.                                                  10:23:49
2         Q.  Did you personally have to get up to                10:23:56
3    speed on the Restylane family of products                    10:23:58
4    regulatory affairs business when the                         10:24:05
5    acquisition occurred?                                        10:24:09
6         A.  Big picture topics, 35,000-square                   10:24:10
7    foot -- feet topics.  If there were major                    10:24:15
8    development issues or topics, for example, the               10:24:20
9    Restylane Silk, which was a big new product, I               10:24:24
10   needed to personally be involved with the                    10:24:30
11   completion of those clinical trials and the                  10:24:33
12   preparation of that SPMA.  The same with                     10:24:35
13   Midface, I needed to personally be involved                  10:24:39
14   with that.                                                   10:24:43
15            But, no, I did not, since as far as I               10:24:45
16   was aware, there were no significant                         10:24:51
17   outstanding regulatory issues requiring my                   10:24:56
18   attention, my attention, I did not needed to                 10:25:01
19   that.                                                        10:25:05
20        Q.  So, at the time of the acquisition,                 10:25:08
21   there wasn't a big meeting between you and the               10:25:11
22   regulatory folks at Medicis to walk you                      10:25:13
23   through the PMAs and all the different                       10:25:17
24   supplements and approvals, things like that?                 10:25:18
25        A.  That's correct, there was not.                      10:25:22

```
 1      Q.  At any point in time, did you              10:25:25
 2   familiarize yourself with the entirety of the     10:25:27
 3   PMAs for the Restylane family of products?        10:25:29
 4      A.  No.                                        10:25:32
 5      Q.  Why didn't you do that?                    10:25:34
 6      A.  It isn't my role; it wasn't my role.       10:25:36
 7      Q.  Because the people beneath you had         10:25:41
 8   responsibility for it?                            10:25:43
 9      A.  Correct.                                   10:25:44
10          MS. FLANAGAN:  Will you mark this as       10:26:03
11   Plaintiff's Exhibit 2, please.                    10:26:04
12          (Exhibit 2, PREVIOUSLY MARKED,
13   Plaintiff's First Notice of 30(b)(6)
14   Deposition to Defendants, 12 pages, used in
15   this deposition.)
16          THE REPORTER:  Exhibit 2.                  10:26:13
17   BY MS. FLANAGAN:                                  10:26:14
18      Q.  Mr. Knapp, you've been handed a            10:26:14
19   document that's previously been marked as         10:26:17
20   Plaintiffs' Exhibit 2.  Can you please flip       10:26:19
21   through this document and let me know if          10:26:21
22   you've seen it before?                            10:26:23
23          (Pause.)                                   10:26:43
24      A.  I have not.                                10:26:43
25      Q.  Have you seen a document that looks        10:26:46
```

CONFIDENTIAL
STEVEN J. KNAPP, 30(b)(6) and 30(b)(1) - 12/16/2014

Page 96

```
 1   it.                                                          11:32:05
 2           MS. FLANAGAN:  Let's take a break.                   11:32:07
 3           THE VIDEOGRAPHER:  Going off the                     11:32:08
 4   record 11:32.                                                11:32:10
 5           (Recess taken:  11:32 a.m.)                          11:32:13
 6           (Reconvening:   11:47 a.m.)                          11:47:27
 7           THE VIDEOGRAPHER:  Returning to the                  11:47:28
 8   record 11:47.                                                11:47:51
 9   BY MS. FLANAGAN:                                             11:47:53
10       Q.  Mr. Knapp, before we took a break, we                11:47:53
11   were talking about the intended uses for                     11:47:57
12   Restylane-L and Perlane-L.                                   11:48:00
13           Do you recall that?
14       A.  Yes.                                                 11:48:01
15       Q.  How did Valeant arrive at those                      11:48:03
16   intended uses for Restylane-L and Perlane-L?                 11:48:07
17       A.  I don't know.  I wasn't here at the                  11:48:10
18   time.  It would have been Medicis.                           11:48:13
19       Q.  If I wanted to figure that out, who                  11:48:15
20   should I talk to?                                            11:48:17
21       A.  The people who were at Medicis at the                11:48:20
22   time.                                                        11:48:26
23       Q.  Which would include who?                             11:48:26
24       A.  There is a head of overall R&D, and I                11:48:27
25   forget his last name, but his first name was                 11:48:39
```

| | | |
|---|---|---|
| 1 | Ira, he was the overall head of R&D; and Steve | 11:48:42 |
| 2 | Newhard would be another person; and the head | 11:48:48 |
| 3 | of medical research, I think her name was Lin | 11:48:50 |
| 4 | Xiaoming; those three. | 11:49:06 |
| 5 |     Q.  And why would you send me to them to | 11:49:09 |
| 6 | figure out how Medicis arrived at the intended | 11:49:10 |
| 7 | uses for Restylane-L and Perlane-L? | 11:49:14 |
| 8 |     A.  Because they were there at the time. | 11:49:21 |
| 9 | They may send you to somebody else. | 11:49:23 |
| 10 |     Q.  So, you would -- would Fran Workman | 11:49:25 |
| 11 | or Fran Reid have had knowledge about that? | 11:49:32 |
| 12 |     A.  I believe so.  I believe so. | 11:49:34 |
| 13 |     Q.  Do you know if that information was | 11:49:35 |
| 14 | included as part of the transition from Fran | 11:49:37 |
| 15 | Reid to Jamie Yieh? | 11:49:40 |
| 16 |     A.  I know that it was not. | 11:49:43 |
| 17 |     Q.  Why do you know it was not? | 11:49:44 |
| 18 |     A.  Because we generally don't go into | 11:49:45 |
| 19 | that type of history, how it was this | 11:49:47 |
| 20 | developed, why was it developed?  It's | 11:49:52 |
| 21 | important to know that's the indication.  It's | 11:49:55 |
| 22 | important to know that's the intended use, but | 11:49:58 |
| 23 | it's generally not necessary. | 11:50:00 |
| 24 |     And the clinical studies are what | 11:50:02 |
| 25 | they are.  You get those intended uses from | 11:50:04 |

| | | |
|---|---|---|
| 1 | Valeant doesn't keep separate SOPs for | 11:52:45 |
| 2 | separate operating companies. | 11:52:48 |
| 3 |     Q.  You also mentioned someone named Ira | 11:52:51 |
| 4 | who is the head of R&D at Medicis? | 11:52:53 |
| 5 |     A.  Yes.  I think it was -- I just can't | 11:52:57 |
| 6 | remember his name.  I would recognize it if I | 11:53:00 |
| 7 | heard it. | 11:53:06 |
| 8 |     Q.  Why would you suggest I go speak with | 11:53:06 |
| 9 | him about finding out how they arrived at the | 11:53:08 |
| 10 | intended uses for Restylane-L and Perlane-L? | 11:53:11 |
| 11 |     MR. PINTO:  Objection; asked and | 11:53:13 |
| 12 | answered. | 11:53:18 |
| 13 |     A.  I think that any head of R&D and a | 11:53:18 |
| 14 | multinational pharmaceutical device or drug | 11:53:25 |
| 15 | company would know what they are developing | 11:53:29 |
| 16 | their products for, unless they acquired it | 11:53:34 |
| 17 | themselves; and unless Ira and Steve Newhard | 11:53:38 |
| 18 | and Fran were in the same boat that I'm in, | 11:53:45 |
| 19 | which is, I acquired the Medicis' company, did | 11:53:47 |
| 20 | not have a reason to go back and research | 11:53:52 |
| 21 | that, I would think that they would be in a | 11:53:56 |
| 22 | position -- unless they're in the same boat -- | 11:53:58 |
| 23 | unless they were in the same boat that I'm in | 11:54:01 |
| 24 | presently, I would think that would be your | 11:54:04 |
| 25 | best bet. | 11:54:05 |

| | | |
|---|---|---|
| 1 | Q. Have you met Ira before? | 11:54:07 |
| 2 | A. I had met him during the acquisition. | 11:54:09 |
| 3 | Q. Did he come to work for Valeant after | 11:54:15 |
| 4 | the acquisition? | 11:54:16 |
| 5 | A. No. | 11:54:18 |
| 6 | Q. Have you met Steve Newhard before? | 11:54:21 |
| 7 | A. Yes. | 11:54:25 |
| 8 | Q. Did he come to work for Valeant after | 11:54:26 |
| 9 | the transition? | 11:54:27 |
| 10 | A. He did. | 11:54:28 |
| 11 | Q. In what capacity did you interact | 11:54:28 |
| 12 | with Steve Newhard while he was at Valeant? | 11:54:31 |
| 13 | A. Well, you may or may not recall, but | 11:54:33 |
| 14 | I gave up the quality function when Medicis' | 11:54:36 |
| 15 | merger took place. So, Steve became my | 11:54:40 |
| 16 | counterpart heading up the quality | 11:54:42 |
| 17 | organization. And then so he and I were | 11:54:44 |
| 18 | peers; he had the quality organization, and I | 11:54:47 |
| 19 | had the regulatory groups. | 11:54:49 |
| 20 | Q. In terms of Steve's responsibilities | 11:54:58 |
| 21 | for quality, to your knowledge, did he have | 11:55:01 |
| 22 | responsibilities with respect to the Restylane | 11:55:03 |
| 23 | family of products? | 11:55:07 |
| 24 | A. Yes, he did. | 11:55:08 |
| 25 | Q. In what respect? | 11:55:09 |

CONFIDENTIAL
STEVEN J. KNAPP, 30(b)(6) and 30(b)(1) - 12/16/2014

Page 102

```
 1        A.   He managed the quality control.                    11:55:11
 2   Previously I described the role of quality as                11:55:16
 3   quality control, product releases, setting                   11:55:20
 4   specifications, making sure products lived up                11:55:23
 5   to specifications, and the quality management                11:55:26
 6   systems, the types of systems that track                     11:55:28
 7   trends, complaint analysis.                                  11:55:32
 8             So, those are typical roles for a                  11:55:35
 9   quality professional.  He had them for all                   11:55:37
10   Medicis' products.                                           11:55:41
11        Q.   Now, neither Valeant nor Medicis                   11:55:42
12   manufacture Restylane-L or Perlane-L; correct?               11:55:47
13        A.   To the best of my knowledge, that's                11:55:52
14   correct.                                                     11:55:53
15        Q.   So, what was your understanding of                 11:55:54
16   the quality department's responsibilities in                 11:56:00
17   terms of product release of Restylane-L and                  11:56:04
18   Perlane-L?                                                   11:56:07
19        A.   As with any CMO, whenever you utilize              11:56:08
20   a contract manufacturer or its manufactured by               11:56:15
21   a third party, it's, the owner, whoever owns                 11:56:18
22   the PMA is technically responsible for the                   11:56:24
23   quality of the product.                                      11:56:28
24             Typically, how that's done is,                     11:56:29
25   through auditing of the contract manufacturer,               11:56:33
```

| | | |
|---|---|---|
| 1 | A. Yes. | 15:07:53 |
| 2 | Q. And Xiaoming Lin; correct? | 15:07:53 |
| 3 | A. Yep. | 15:07:53 |
| 4 | Q. And who is Jessica Woodring, if you | 15:07:54 |
| 5 | know? | |
| 6 | A. I believe that is the person I was | 15:07:56 |
| 7 | referring to earlier as Phil Sterno's | 15:07:59 |
| 8 | counterpart. I think you've discovered the | 15:08:04 |
| 9 | missing link to that project manager at | 15:08:06 |
| 10 | Medicis. And that's the team. And that was | 15:08:09 |
| 11 | troubling me, because I couldn't remember that | 15:08:13 |
| 12 | person's name. We found it. | 15:08:14 |
| 13 | Q. Did Jessica Woodring become a Valeant | 15:09:02 |
| 14 | employee at any point? | 15:09:05 |
| 15 | A. That's why I probably couldn't | 15:09:07 |
| 16 | remember her name. I don't think she did. I | 15:09:09 |
| 17 | think she was one of the earlier departures | 15:09:11 |
| 18 | probably about a month or so after the merger, | 15:09:16 |
| 19 | maybe; but, yeah, that's why I don't remember | 15:09:19 |
| 20 | her name. I'm pretty sure she did not. | 15:09:22 |
| 21 | MS. FLANAGAN: You can set the | 15:09:36 |
| 22 | document aside but keep it handy because we're | 15:09:37 |
| 23 | going to go back to it. | 15:09:40 |
| 24 | (Exhibit 36, FDA document, Bates | |
| 25 | numbers VAL0044144 through 180, marked for | |