1  Susan M. Coletti (coletti@fr.com) (admitted *pro hac vice*)
2  Elizabeth M. Flanagan (eflanagan@fr.com) (admitted *pro hac vice*)
   FISH & RICHARDSON P.C.
3  222 Delaware Avenue, 17th Floor
   Wilmington, DE 19899
4  Telephone:  (302) 652-5070 / Fax:  (302) 652-0607

5  Attorneys for Plaintiffs
   ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS
6

7  William F. Cavanaugh (SBN 133461) (wcavanaugh@pbwt.com)
   Scott B. Howard (sbhoward@pbwt.com) (admitted *pro hac vice*)
8  William F. Schmedlin (wschmedlin@pbwt.com) (admitted *pro hac vice*)
   PATTERSON BELKNAP WEBB & TYLER LLP
9  1133 Avenue of the Americas
   New York, NY 10036
10 Telephone:  (212) 336-2000/ Fax:  (212) 336-2222

11
   Attorneys for Defendants
12 MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP.,
   VALEANT PHARMACEUTICALS NORTH AMERICA LLC,
13 VALEANT PHARMACEUTICALS INTERNATIONAL,
   VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and
14 GALDERMA LABORATORIES, L.P.

15

16 SEE ADDITIONAL COUNSEL ON PAGE 2

17              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| 19 ALLERGAN USA, INC., and<br>ALLERGAN INDUSTRIE, SAS, | Case No. 8:13-cv-01436 AG (JPRx) |
| 20                  Plaintiffs, | |
| 21 v. | **STIPULATION TO AMEND THE** |
| 22 MEDICIS AESTHETICS, INC., | **SCHEDULING ORDER** |
| MEDICIS PHARMACEUTICAL CORP., | **SPECIFYING PROCEDURES** |
| 23 VALEANT PHARMACEUTICALS | |
| NORTH AMERICA LLC, | |
| 24 VALEANT PHARMACEUTICALS | |
| INTERNATIONAL, | |
| 25 VALEANT PHARMACEUTICALS | |
| INTERNATIONAL, INC., and | |
| 26 GALDERMA LABORATORIES, L.P. | |
| 27                  Defendants. | |

28                                      1

7818713v.1

1

2   Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
    Michael J. Kane (kane@fr.com) (admitted *pro hac vice*)
3   Phillip W. Goter (goter@fr.com) (admitted *pro hac vice*)
    FISH & RICHARDSON P.C.
4   60 South Sixth Street, Suite 3200
    Minneapolis, MN 55402
5   Telephone:  (612) 335-5070 / Fax:  (612) 288-9696

6   Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
    FISH & RICHARDSON P.C.
7   12390 El Camino Real
    San Diego, CA 92130
8   Telephone: (858) 678-5070 / Fax: (858) 678-5099

9   Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
    FISH & RICHARDSON P.C.
10  555 W. 5th Street, 31st Floor
    Los Angeles, California 90013
11  Telephone: (213) 533-4240 / Fax:  (213) 996-8304

12  Attorneys for Plaintiffs
    ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS
13

14  Donald G. Norris (SBN 90000) (dnooris@norgallaw.com)
15  Douglas F. Galanter (SBN 93740) (dgalanter@norgallaw.com)
    NORRIS & GALANTER LLP
16  523 W. Sixth St., Suite 716
    Los Angeles, CA 90014
17  Tel:   213-232-0855/ Fax:  213-286-9499
    dnorris@norgallaw.com
18  dgalanter@norgallaw.com

19  Attorneys for Defendants
    MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP.,
20  VALEANT PHARMACEUTICALS NORTH AMERICA LLC,
    VALEANT PHARMACEUTICALS INTERNATIONAL,
21  VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and
    GALDERMA LABORATORIES, L.P.

22

23

24

25

26

27

28                                2        STIPULATION TO AMEND THE SCHEDULING
                                           ORDER SPECIFYING PROCEDURES
                                           Case No. 8:13-cv-01436 AG (JPRx)

7818713v.1

1    WHEREAS, on February 3, 2014, the Court entered the current Scheduling

2  Order in the above-captioned case (Doc. 34);

3    WHEREAS, on August 4, 2014, the Court issued its Order (Doc. 78) granting

4  the parties' Stipulation to Amend the Scheduling Order Specifying Procedures

5  setting certain deadlines including for the disclosure of expert reports and the close

6  of discovery;

7    WHEREAS, on January 14, 2015, the Court issued its Order (Doc. 107)

8  granting the parties' Stipulation to Amend the Scheduling Order Specifying

9  Procedures modifying certain deadlines including for the disclosure of expert reports

10  and the close of discovery;

11    WHEREAS, on February 20, 2015, the Court issued its Order (Doc. 119)

12  granting the parties' Stipulation to Amend the Scheduling Order Specifying

13  Procedures modifying certain deadlines including for the disclosure of expert reports

14  and the close of discovery;

15    WHEREAS, both the Scheduling Order and Standing Patent Rules allow the

16  parties to modify their respective deadlines with the Court's approval;

17    WHEREAS, to accommodate the impact of inclement weather in Boston on

18  the schedules of Defendants and their expert witness, the parties have met and

19  conferred and agreed to amend the dates for exchanging certain expert reports and

20  the last date for dispositive motions to be filed as set forth below; and

21    WHEREAS, the parties' proposed modification to the case schedule does not

22  alter the dates of the Final Pretrial Conference or Trial set by the Court's Scheduling

23  Order;

24    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by

25  and between the parties hereto, through their respective counsel and subject to the

26  approval of the Court, that the schedule be hereby amended as follows:

27

28

STIPULATION TO AMEND THE SCHEDULING
ORDER SPECIFYING PROCEDURES
Case No. 8:13-cv-01436 AG (JPRx)

7818713v.1

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiffs' Rebuttal Expert Reports | March 20, 2015 | March 23, 2015 |
| Defendants' Rebuttal Expert Reports, except Defendants' Rebuttal Expert Report on Damages | March 20, 2015 | March 23, 2015 |
| Defendants' Rebuttal Expert Report on Damages | March 20, 2015 | March 27, 2015 |
| Last date for dispositive motions to be filed | March 23, 2015 | March 25, 2015 |

Dated:  March 20, 2015

By:  /s/ Elizabeth M. Flanagan
      Elizabeth M. Flanagan

Attorney for Plaintiffs

Dated:  March 20, 2015

By:  /s/ William F. Cavanaugh
      William F. Cavanaugh

Attorney for Defendants

4

7818713v.1

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2), I attest that counsel for Plaintiffs have authorized the filing of this document.

_/s/ William F. Cavanaugh_
William F. Cavanaugh

IT IS SO ORDERED this _____ day of _____, 2015.

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 20, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

_/s/ William F. Schmedlin_
William F. Schmedlin

STIPULATION TO AMEND THE SCHEDULING
ORDER. SPECIFYING PROCEDURES
Case No. 8:13-cv-01436 AG (JPRx)

7818713v.1