1  Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
   Lara S. Garner (CA Bar No. 234701) (lgarner@fr.com)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070 / Fax: (858) 678-5099
4
5  Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
   FISH & RICHARDSON P.C.
   555 W. 5th Street, 31st Floor
6  Los Angeles, California 90013
   Telephone: (213) 533-4240 / Fax: (213) 996-8304
7
8  Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
   Michael J. Kane (pro hac vice) (kane@fr.com)
   FISH & RICHARDSON P.C.
9  60 South Sixth Street, Suite 3200
   Minneapolis, MN 55402
10 Telephone:  (612) 335-5070 / Fax:  (612) 288-9696

11 Susan M. Coletti (pro hac vice) (coletti@fr.com)
   Elizabeth M. Flanagan (pro hac vice) (eflanagan@fr.com)
12 FISH & RICHARDSON P.C.
   222 Delaware Avenue, 17th Floor
13 Wilmington, DE 19899
   Telephone:  (302) 652-5070 / Fax:  (302) 652-0607
14
15 Attorneys for Plaintiffs
   ALLERGAN USA, INC. and
   ALLERGAN INDUSTRIE, SAS
16
17                 UNITED STATES DISTRICT COURT

18                 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., AND GALDERMA LABORATORIES, L.P.<br><br>Defendants. | Case No. SACV13-01436 AG (JPRx)<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY FROM PRIOR USE**<br><br>Judge:  Hon. Andrew J. Guilford<br>Hearing:  May 18, 2015 at 10:00 a.m.<br>Ctrm:  10D<br><br>Discovery cutoff date: May 15, 2015<br>Pretrial conference date: July 20, 2015<br><br>**Trial date: August 4, 2015** |

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Please take notice that on May 18, 2015 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10D of the United States District Court for the Central District of California, 411 West Fourth Street, Room 1053 Santa Ana, CA 92701-4516, Plaintiffs Allergan USA, Inc. and Allergan Industrie, SAS will and do move this Court pursuant to Federal Rule of Civil Procedure 56 for an order granting partial summary judgment and eliminating Defendants' anticipation and obviousness defenses based on uncorroborated allegations of prior public use. The motion is based on the attached memorandum and exhibits in support, the reply brief to be filed later, and any arguments Allergan makes at the hearing.

Dated: March 25, 2015        FISH & RICHARDSON P.C.


                             By: /s/ *Craig E. Countryman*
                                 Craig E. Countryman

                             Attorneys for Plaintiffs
                             ALLERGAN USA, INC. AND
                             ALLERGAN INDUSTRIE, SAS

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT OF NO INVALIDITY FROM PRIOR
USE
Case No. 8:13-cv-01436-AG-JPR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 25, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                    */s/   Craig E. Countryman*
                                    Craig E. Countryman