1  Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
2  Lara S. Garner (CA Bar No. 234701) (lgarner@fr.com)
   FISH & RICHARDSON P.C.
3  12390 El Camino Real
   San Diego, CA 92130
4  Telephone: (858) 678-5070 / Fax: (858) 678-5099

5  Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
   FISH & RICHARDSON P.C.
6  555 W. 5th Street, 31st Floor
   Los Angeles, California 90013
7  Telephone: (213) 533-4240 / Fax: (213) 996-8304

8  Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
   Michael J. Kane (pro hac vice) (kane@fr.com)
9  FISH & RICHARDSON P.C.
   60 South Sixth Street, Suite 3200
10 Minneapolis, MN 55402
   Telephone: (612) 335-5070 / Fax: (612) 288-9696

11 Susan M. Coletti (pro hac vice) (coletti@fr.com)
   Elizabeth M. Flanagan (pro hac vice) (eflanagan@fr.com)
12 FISH & RICHARDSON P.C.
   222 Delaware Avenue, 17th Floor
13 Wilmington, DE 19899
   Telephone: (302) 652-5070 / Fax: (302) 652-0607
14
   Attorneys for Plaintiffs
15 ALLERGAN USA, INC. and
   ALLERGAN INDUSTRIE, SAS
16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., AND GALDERMA LABORATORIES, L.P.<br><br>Defendants. | Case No. SACV13-01436 AG (JPRx)<br><br>**PLAINTIFFS' STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>Judge: Hon. Andrew J. Guilford<br>Hearing: May 18, 2015 at 10:00 a.m.<br>Ctrm: 10D<br><br>Discovery cutoff date: May 15, 2015<br>Pretrial conference date: July 20, 2015<br><br>**Trial date: August 4, 2015** |

PLAINTIFFS' STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS
OF LAW
Case No. 8:13-cv-01436-AG-JPR

Pursuant to Civil L.R. 56-1, Plaintiffs Allergan USA, Inc. and Allergan Industrie, SAS, submit this Statement of Uncontroverted Facts and Conclusions of Law in Support of their Motion for Partial Summary Judgment of No Invalidity from Prior Public Use:

## **Uncontroverted Material Facts**

1. Defendants' opening expert report from Dr. Prestwich does not cite any supporting documents that demonstrate doctors were pre-mixing any HA-BDDE filler (e.g., Restylane and Juvederm Ultra) and lidocaine before Allergan's August 2008 filing date.  (Countryman Decl., Ex. 4 at ¶¶ 145, 227-230, 235-237, 182-186, Ex. D at 46-51, Ex. E at 11-12, Ex. F at 8-10)

2. Defendants' rebuttal expert report from Dr. Nestor does not cite any patient records or supporting documents that establish that he pre-mixed any HA-BDDE filler (e.g., Restylane and Juvederm Ultra) and lidocaine before Allergan's August 2008 filing date.  (Countryman Decl., Ex. 8 at ¶¶ 45-46 & n.29.)

3. Defendants have not identified any patient records or other supporting documents that establish the alleged prior use described in the Internet article cited at footnote 29 of Dr. Nestor's report (and attached as Exhibit 9 to this motion).  (*See, e.g.,* Ex. 6. (no mention of such corroboration in the invalidity contentions).)

4. Defendants' invalidity contentions do not mention Dr. Nestor, the Internet article cited at footnote 29 of Dr. Nestor's report, and do not identify any other evidence establishing that any doctor pre-mixed any HA-BDDE filler (e.g., Restylane and Juvederm Ultra) and lidocaine before Allergan's August 2008 filing date.  (*See* Ex. 6.)

## **Conclusions of Law**

1. Defendants have not provided legally sufficient corroboration that any doctor pre-mixed any HA-BDDE filler and lidocaine before Allergan's August 2008 filing date.

2. Without the required corroboration, all Defendants' anticipation and obviousness allegations based on the allegation that doctors pre-mixed any HA-BDDE filler and lidocaine before Allergan's August 2008 filing date fail as a matter of law.

Dated: March 25, 2015        FISH & RICHARDSON P.C.

By: /s/ *Craig E. Countryman*
    Craig E. Countryman

Attorneys for Plaintiffs
ALLERGAN USA, INC. AND
ALLERGAN INDUSTRIE, SAS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 25, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ *Craig E. Countryman*
Craig E. Countryman