Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
Lara S. Garner (CA Bar No. 234701) (lgarner@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
FISH & RICHARDSON P.C.
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone: (213) 533-4240 / Fax: (213) 996-8304

Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
Michael J. Kane (pro hac vice) (kane@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone:  (612) 335-5070 / Fax:  (612) 288-9696

Susan M. Coletti (pro hac vice) (coletti@fr.com)
Elizabeth M. Flanagan (pro hac vice) (eflanagan@fr.com)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Telephone:  (302) 652-5070 / Fax:  (302) 652-0607

Attorneys for Plaintiffs
ALLERGAN USA, INC. and
ALLERGAN INDUSTRIE, SAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., AND GALDERMA LABORATORIES, L.P.<br><br>Defendants. | Case No. SACV13-01436 AG (JPRx)<br><br>**DECLARATION OF CRAIG E. COUNTRYMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:  Hon. Andrew J. Guilford<br>Hearing:  May 18, 2015 at 10:00 a.m.<br>Ctrm:  10D<br><br>Discovery cutoff date: May 15, 2015<br>Pretrial conference date: July 20, 2015<br><br>**Trial date: August 4, 2015** |

I, Craig E. Countryman, hereby declare and state as follows:

1. I am an attorney at Fish & Richardson P.C., and have been admitted in the above-captioned litigation as counsel for Plaintiffs Allergan USA, Inc., and Allergan Industrie, SAS ("Allergan").

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Expert Report of Mary Lupo, M.D., dated February 9, 2015.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Premarket Approval for Juvederm Ultra XC and Juvederm Ultra Plus XC, available at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=29387.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Premarket Approval for Restylane L and Perlane L Injectable Gels, available at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=27754.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Expert Report of Glenn D. Prestwich, Ph.D. (and some of the exhibits to that report), dated February 17, 2015.

6. Attached hereto as Exhibit 5 is a true and correct copy of Beasley, et al., *Hyaluronic Acid Fillers: A Comprehensive Review*, Facial Plastic Surg 2009; 25(2):86-94, bearing production numbers of VAL0059968-59976.

7. Attached hereto as Exhibit 6 is a true and correct copy of Defendants' Final Invalidity Contentions, served February 17, 2015.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from Defendants' '475 Patent Obviousness Claim Chart from their Final Invalidity Contentions, served February 17, 2015.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Rebuttal Report of Mark S. Nestor, M.D., Ph.D., dated March 23, 2015.

10. Attached hereto as Exhibit 9 is a true and correct copy of *Lidocaine combined with dermal beauty fillers reduces injection discomfort*, available at

1  http://www.news-medical.net/news/20090831/Lidocaine-combined-with-dermal-beauty-fillers-reduces-injection-discomfort.aspx.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 25, 2015 at San Diego, California.

FISH & RICHARDSON P.C.


By: /s/ *Craig E. Countryman*
      Craig E. Countryman


Attorneys for Plaintiffs
ALLERGAN USA, INC. AND
ALLERGAN INDUSTRIE, SAS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 25, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Craig E. Countryman*
Craig E. Countryman
countryman@fr.com

3
DECLARATION OF CRAIG E. COUNTRYMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 8:13-cv-01436-AG-JPR