# Exhibit 2



# Premarket Approval (PMA)

FDA Home  ▸  Medical Devices  ▸  Databases

510(k) | DeNovo | Registration & Listing | Adverse Events | Recalls | PMA | HDE | Classification | Standards
CFR Title 21 | Radiation-Emitting Products | X-Ray Assembler | Medsun Reports | CLIA | TPLC | Inspections

New Search                                                                                         Back to Search Results

Note: this medical device record is a supplement. The device description may have changed. Be sure to look at the original PMA to get an up-to-date view of this device.

| | |
|---|---|
| Trade Name | JUVEDERM ULTRA XC AND JUVEDERM ULTRA PLUS XC |
| Classification Name | Implant, Dermal, For Aesthetic Use |
| Generic Name | Juvederm Gel Implants |
| Applicant | ALLERGAN |
| PMA Number | P050047 |
| Supplement Number | S005 |
| Date Received | 08/18/2008 |
| Decision Date | 01/07/2010 |
| Product Code | LMH   [ Registered Establishments With LMH ] |
| Advisory Committee | General & Plastic Surgery |
| Clinical Trials | NCT00653861 |
| Supplement Type | Normal 180 Day Track |
| Supplement Reason | Change Design/Components/Specifications - Component |
| Expedited Review Granted? | No |
| Combination Product | Yes |

**Review Memo**
Review Memo

**Approval Order Statement**
Approval for the addition of 0. 3% lidocaine into juvederm ultra and juvederm ultra plus. The device, as modified, will be marketed under the trade name juvederm ultra xc and juvederm ultra plus xc and is indicated for injection into the mid to deep dermis for correction of moderate to severe facial wrinkles and folds (such as nasolabial folds).

**Approval Order**
Approval Order

Page Last Updated: 03/23/2015
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Accessibility | Contact FDA | Careers | FDA Basics | FOIA | No Fear Act | Site Map | Transparency | Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

Combination Products
Advisory Committees

U.S. Department of Health & Human Services

http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=29387[3/25/2015 11:27:24 AM]

EXHIBIT 2
PAGE 11

Premarket Approval (PMA)

Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA



For Government | For Press

Science & Research
Regulatory Information
Safety
Emergency Preparedness
International Programs
News & Events
Training and Continuing Education
Inspections/Compliance
State & Local Officials
Consumers
Industry
Health Professionals
FDA Archive