Donald G. Norris (SBN 90000)
Douglas F. Galanter (SBN 93740)
Norris & Galanter LLP
523 W. Sixth St., Suite 716
Los Angeles, CA 90014
Tel:   213-232-0855
Fax:   213-286-9499
dnorris@norgallaw.com
dgalanter@norgallaw.com

William F. Cavanaugh (SBN 133461)
Scott B. Howard (admitted *pro hac vice*)
William F. Schmedlin (admitted *pro hac vice*)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 336-2000
Fax:            (212) 336-2222
wcavanaugh@pbwt.com
sbhoward@pbwt.com
wschmedlin@pbwt.com

Attorneys for Defendants
MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP.,
VALEANT PHARMACEUTICALS NORTH AMERICA LLC,
VALEANT PHARMACEUTICALS INTERNATIONAL,
VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and GALDERMA
LABORATORIES, L.P.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., AND GALDERMA LABORATORIES, L.P.<br><br>Defendants. | Case No. 8:13-cv-01436 AG (JPRx)<br><br>**DECLARATION OF WILLIAM F. CAVANAUGH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY FROM PRIOR USE**<br><br>Date:      June 1, 2015 (proposed)<br>Time:     10:00am<br>Ctrm:    10D<br>Judge:   Hon. Andrew J. Guilford |

I, William F. Cavanaugh, declare as follows:

1.     I am a member of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for the Defendants in the above-captioned case.  I am admitted to practice in the State of California.

2.     Attached hereto as Exhibit A is a true and correct copy of "Dermal Fillers Approved by the Center for Devices and Radiological Health," available at http://www.fda.gov/medicaldevices/productsandmedicalprocedures/cosmeticdevices/wrinklefillers/ucm227749.htm.

3.     Attached hereto as Exhibit B is a true and correct copy of "Recently Approved Devices: CosmoDerm™ 1 Human-Based Collagen, CosmoDerm™ 2 Human-Based Collagen and CosmoPlast™ Human-Based Collagen – P800022/S050," available at http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/DeviceApprovalsandClearances/Recently-ApprovedDevices/ucm082635.htm.

4.     On January 14, 2015, counsel for Defendants took the deposition under oath of Dr. Pierre Lebreton.  Attached hereto as Exhibit C is a true and correct copy of excerpts of the official transcript of that deposition.

5.     Attached hereto as Exhibit D is a true and correct copy of correspondence from the Department of Health & Human Services to Anika Therapeutics, Inc., dated December 20, 2006, available at http://www.accessdata.fda.gov/cdrh_docs/pdf5/P050033a.pdf.

6.     Attached hereto as Exhibit E is a true and correct copy of the Premarket Approval for Prevelle Silk, available at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=25829.

7.     Attached hereto as Exhibit F is a true and correct copy of a meeting agenda bearing the Bates numbers AGNHA00217006-217005.

8.      Attached hereto as Exhibit G is a true and correct copy of a presentation dated November 6, 2008 bearing the Bates numbers AGNHA00453817-453835.

9.      Attached hereto as Exhibit H is a true and correct copy of email correspondence among Allergan employees dated January 14, 2009-January 15, 2009 bearing the Bates numbers AGNHA00127427-127428.

10.     Attached hereto as Exhibit I is a true and correct copy of Busso, *et al.*, *Hand augmentation with Radiesse® (Calcium hydroxylapatite)*, bearing the Bates numbers AGNHA00298534-AGNHA00298536.

11.     Attached hereto as Exhibit J is a true and correct copy of Busso, *et al.*, *An Investigation of Changes in Physical Properties of Injectable Calcium Hydroxylapatite in a Carrier Gel When Mixed with Lidocaine and with Lidocaine/Epinephrine*, bearing the Bates numbers AGNHA00437451-437459.

12.     Attached hereto as Exhibit K is a true and correct copy of email correspondence among Dr. Pierre Lebreton and others dated August 7, 2009 bearing the Bates numbers AGNHA0043744-43745.

13.     Attached hereto as Exhibit L is a true and correct copy of excerpts of the expert report of Dr. Mary Lupo dated February 9, 2015.

14.     Attached hereto as Exhibit M is a true and correct copy of excerpts of the expert report of Vincent A. Thomas, dated February 17, 2015.

15.     On April 17, 2015, counsel for Defendants took the deposition under oath of Dr. Mary Lupo. Attached hereto as Exhibit N is a true and correct copy of excerpts of the rough transcript of that deposition.

16.     Attached hereto as Exhibit O is a true and correct copy of a Q-Med lab report bearing the Bates numbers QMED0005824-5831.

DECLARATION OF WILLIAM F. CAVANAUGH IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT OF NO INVALIDITY FROM PRIOR USE
Case No. 8:13-cv-01435

17.     Attached hereto as Exhibit P is a true and correct copy of excerpts of the expert report of Dr. Glenn D. Prestwich, Ph.D dated February 17, 2015.

18.     Attached hereto as Exhibit Q is a true and correct copy of Beasley, *et al.*, *Hyaluronic Acid Fillers: A Comprehensive Review*, Facial Past Surg 2009;25(2)86-94.

19.     Attached hereto as Exhibit R is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Admission to Plaintiffs Allergan USA, Inc. and Allergan Industrie, SAS (Numbers 1-11), dated February 17, 2015.

20.     Attached hereto as Exhibit S is a true and correct copy of excerpts of the Rebuttal Report of Dr. Mark S. Nestor, M.D., Ph.D, dated March 23, 2015.

21.     Attached hereto as Exhibit T is a true and correct copy of the Affidavit of Julie Ann Santos, dated April 20, 2015.

22.     Attached hereto as Exhibit U is a true and correct copy of Defendants' Final Invalidity Contentions, and accompanying charts, dated February 18, 2015.

23.     On April 7, Counsel for Plaintiffs took the deposition under oath of Per Lango.  Attached hereto as Exhibit V is a true and correct copy of excerpts of the rough transcript of that deposition.

I declare, under penalty of perjury, that the foregoing statements are true and correct.

Dated:  April 20, 2015

*/s/* William F. Cavanaugh____
William F. Cavanaugh
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10282
wfcavanaugh@pbwt.com
Phone:  (212) 336-2000
Fax:    (212) 336-2222

3

DECLARATION OF WILLIAM F. CAVANAUGH IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT OF NO INVALIDITY FROM PRIOR USE
Case No. 8:13-cv-01435

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 20, 2015 to all counsel of record by electronic mail.

/s/ William F. Cavanaugh
William F. Cavanaugh

4

DECLARATION OF WILLIAM F. CAVANAUGH IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT OF NO INVALIDITY FROM PRIOR USE
Case No. 8:13-cv-01435