# EXHIBIT T

## AFFIDAVIT OF JULIE ANN SANTOS

Julie Ann Santos, being duly sworn, deposes and says:

1.      My name is Julie Santos. I have personal knowledge of the facts in this affidavit and am competent to testify to them if called upon to do so. I am not being compensated in connection with this litigation.

2.      I am a certified physician assistant and I have been employed at Skin and Cancer Associates Dermatology and the Center for Cosmetic Enhancement ("SCA") since 1998. For that entire period, I have worked almost exclusively with Dr. Mark Nestor. I have been involved with both SCA's clinical and aesthetic practice as well as clinical research. I have been assisting Dr. Nestor with cosmetic procedures including fillers, toxins and laser procedures since I began in his employ.

3.      Dr. Mark S. Nestor has made patient comfort an important part of our clinical care since I began working here. To that end, the office has utilized topical anesthesia as well as topical cooling for the majority of laser treatments and virtually all filler and toxin injections we have performed since the beginning of my tenure. In order to optimize comfort and minimize bruising in selected patients, we also started pre-mixing lidocaine and epinephrine with fillers, initially Restylane, prior to 2006 at the instruction of Dr. Nestor.

4.      The pre-mixing procedure is as follows: In a sterile manner, 0.2 mL of lidocaine with epinephrine is drawn up into a syringe. We use a coupler to connect the lidocaine/epinephrine syringe to a syringe of filler such as Restylane or Juvéderm (or another filler, most recently Belotero). We then gently mix the syringes' contents back-and-forth approximately 10 times. We then unhook the filler syringe from the coupler and attach it to the needle. In the many years that we have been using this pre-mixing procedure, I have never seen

nor have I heard about any complications being caused by the procedure, including infection in any patients.

_Julie Santos_ PA-C
Julie Santos

Sworn to before me this
20 day of April, 2015

_Elaine S. Billings_
Notary Public

Notary Public State of Florida
Elaine S Billings
My Commission EE 861589
Expires 02/12/2017

2

EXHIBIT T
112