Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
Lara S. Garner (CA Bar No. 234701) (lgarner@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
FISH & RICHARDSON P.C.
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone: (213) 533-4240 / Fax: (213) 996-8304

Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
Michael J. Kane (pro hac vice) (kane@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone:  (612) 335-5070 / Fax:  (612) 288-9696

Susan M. Coletti (pro hac vice) (coletti@fr.com)
Elizabeth M. Flanagan (pro hac vice) (eflanagan@fr.com)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Telephone:  (302) 652-5070 / Fax:  (302) 652-0607

Attorneys for Plaintiffs
ALLERGAN USA, INC. and
ALLERGAN INDUSTRIE, SAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., AND GALDERMA LABORATORIES, L.P.<br><br>Defendants. | Case No. SACV13-01436 AG (JPRx)<br><br>**DECLARATION OF CRAIG E. COUNTRYMAN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY FROM PRIOR USE**<br><br>Judge:  Hon. Andrew J. Guilford<br>Hearing:  June 1, 2015 at 10:00 a.m.<br>Ctrm:  10D<br><br>Discovery cutoff date: May 15, 2015<br>Pretrial conference date: July 20, 2015<br><br>**Trial date: August 4, 2015** |

DECLARATION OF CRAIG E. COUNTRYMAN IN
SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF
THEIR MOTION FOR PARTIAL SUMMARY
JUDGMENT OF NO INVALIDITY FROM PRIOR USE
Case No. 8:13-cv-01436-AG-JPR

I, Craig E. Countryman, hereby declare and state as follows:

1.  I am an attorney at Fish & Richardson P.C., and have been admitted in the above-captioned litigation as counsel for Plaintiffs Allergan USA, Inc., and Allergan Industrie, SAS ("Allergan").

2.  Attached hereto as Exhibit 10 is a true and correct copy excerpts from the laboratory notebook of Samuel Molliard, bearing bates numbers AGNHA_T00188334 and AGNHA_T00188451.

3.  Attached hereto as Exhibit 11 is a true and correct copy of Plaintiffs' First Supplemental Responses and Objections to Defendants' Interrogatory No. 3, served January 6, 2015.

4.  Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the deposition transcript of Pierre Lebreton, taken January 14, 2015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 4, 2015 at San Diego, California.

FISH & RICHARDSON P.C.

By: /s/ *Craig E. Countryman*
    Craig E. Countryman

Attorneys for Plaintiffs
ALLERGAN USA, INC. AND
ALLERGAN INDUSTRIE, SAS

1

DECLARATION OF CRAIG E. COUNTRYMAN IN
SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF
THEIR MOTION FOR PARTIAL SUMMARY
JUDGMENT OF NO INVALIDITY FROM PRIOR USE
Case No. 8:13-cv-01436-AG-JPR

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 4, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Craig E. Countryman*
Craig E. Countryman
countryman@fr.com