# Exhibit 10

Samuel GAVARD MOLLIARD

Laboratory notebook n° 2

Notebook started 11/26/20[illegible]

SGM [initials]

CONFIDENTIAL                                     AGNHA00188334

Confidential                                                                                   AGNHA_T00188334

EXHIBIT 10
PAGE 3

1 – Description of the gels

SGM80A: gel S30I1100B1

SGM80B: gel S30I1100B1 + 0.3% Lidocaine

SGM80C: gel S30I1100B1 + 0.3% Lidocaine + sodium hydroxidesodium hydroxide

2 – Results

| T = 45°C | Référence du gel | | t = 0 03/06/05 | t = 14 jours 17/06/05 | t = 28 jours 01/07/05 | t = 42 jours 15/07/05 | t = 56 jours 29/07/05 |
|---|---|---|---|---|---|---|---|
| Injectabilité (27G$^{1/2}$) | SGM80A | | 19.7 | 19.6 | Appareil de traction en panne => mesures non effectuées | 17.5 | 18.6 |
| | SGM80B | | 20.2 | 19.4 | | 17.6 | 18.0 |
| | SGM80C | | 20.8 | 18.9 | | 18.0 | 17.7 |
| Rhéologie (à 1 Hz) | SGM80A | G' | 142.2 | 107.1 | 98.34 | 98.43 | 93.96 |
| | | G" | 43.62 | 36.98 | 35.46 | 37.72 | 35.54 |
| | | tan δ | 0.3067 | 0.3454 | 0.3606 | 0.3832 | 0.3782 |
| | SGM80B | G' | 145 | 104.3 | 96.49 | 103.2 | 85.68 |
| | | G" | 42.45 | 36.32 | 36.03 | 40.35 | 33.79 |
| | | tan δ | 0.2928 | 0.3483 | 0.3734 | 0.3909 | 0.3944 |
| | SGM80C | G' | 149.7 | 122.4 | 107.3 | 100.8 | 99.30 |
| | | G" | 41.43 | 39.69 | 37.28 | 36.26 | 36.20 |
| | | tan δ | 0.2768 | 0.3244 | 0.3475 | 0.3597 | 0.3646 |

| T = 45°C | Gel Reference | t = 0 | | t = 14 days | t = 28 days | t = 42 days | t = 56 days |
|---|---|---|---|---|---|---|---|
| Injectability (27G $^{1/2}$) | | | | | Traction apparatus out of order => no measurements made | | |
| Rheology (at 1 Hz) | | | | | | | |

| | tan δ | 0.3067 | 0.3454 | 0.3606 | 0.3832 | 0.3782 |
|---|---|---|---|---|---|---|

CONFIDENTIAL                                                                                                                                        AGNHA00188451

Confidential                                                                                                                                        AGNHA_T00188451

EXHIBIT 10
PAGE 4