# Exhibit 12

CONFIDENTIAL

Page 1

1            UNITED STATES DISTRICT COURT
2            CENTRAL DISTRICT OF CALIFORNIA
3
   ALLERGAN USA, INC., and
4  ALLERGAN INDUSTRIE, SAS,
5           Plaintiffs,
6      v.                         Case No.:
                                  8:13-cv-01436 AG (JPRx)
7  MEDICIS AESTHETICS, INC.,
   MEDICIS PHARMACEUTICAL CORP.,
8  VALEANT PHARMACEUTICALS NORTH
   AMERICA LLC, VALEANT
9  PHARMACEUTICALS INTERNATIONAL,
   VALEANT PHARMACEUTICALS
10 INTERNATIONAL, INC., and
   GALDERMA LABORATORIES, L.P.
11
              Defendants.
12 _____
13
14            ** CONFIDENTIAL **
15
16    VIDEOTAPED DEPOSITION OF PIERRE LEBRETON, Ph.D.
17              30(b)(6) FOR ALLERGAN
18              San Diego, California
19           Wednesday, January 14, 2015
20
21
22 Reported by:
23 LESLIE JOHNSON
24 RPR, CSR No. 11451
25

Veritext Legal Solutions
212-279-9424          www.veritext.com          212-490-3430

EXHIBIT 12
PAGE 16

CONFIDENTIAL

Page 34

1            MS. FLANAGAN:  Objection.  Vague.
2            THE WITNESS:  Can you translate this one?
3            THE INTERPRETER:  Can you please repeat?
4    BY MR. ROSSEN:
5        Q.   Would you have investigated other attempts
6    to add lidocaine to products at Corneal when you
7    began the investigations?
8        A.   Okay.  So nothing I can remember.
9        Q.   When you started researching HA dermal
10   fillers with lidocaine in 2004, were you aware of
11   any other manufacturers that premixed lidocaine into
12   HA fillers?
13       A.   I was not.
14       Q.   Do you have a view as to why there were no
15   manufacturers doing that?
16       A.   No, I don't.
17            (Exhibit 81 marked for identification.)
18   BY MR. ROSSEN:
19       Q.   I'd like to mark as Exhibit 81 -- let me
20   mark as Exhibit 81 plaintiffs' opening claim
21   construction brief filed in this action.
22            And if you can turn to page 4.  In the
23   middle of this paragraph under B, it says, "Named
24   inventor, Dr. Pierre Lebreton, began working on
25   these compositions in the mid-2000s.  At that time,

CONFIDENTIAL

Page 35

1   physicians were commonly treating patients with
2   lidocaine either topically or by injection before
3   injecting the HA filler.  Alternatively, some
4   physicians were mixing lidocaine into the HA filler
5   immediately before injection.  However, the mixing
6   was not precise and changed the properties (e.g.,
7   viscosity) of the HA filler.  In both of these
8   scenarios, lidocaine was used to minimize the pain
9   associated with injection of the HA filler.  At that
10  time, manufacturers were not premixing lidocaine
11  into their HA fillers because it was believed that
12  doing so would degrade the HA fillers and thus
13  change their properties.  Going against the
14  conventional wisdom, Dr. Lebreton discovered that
15  lidocaine could be added to his BDDE-cross-linked HA
16  fillers without degrading the properties and
17  long-term performance of the products."
18           Do you agree with this statement that at
19  the time in the mid-2000s manufacturers were not
20  premixing lidocaine into their HA fillers because it
21  was believed that doing so would degrade the HA
22  fillers and change their properties?
23       A.   I don't -- I don't know about this
24  document.  I have never seen this before.  Who wrote
25  that?

CONFIDENTIAL

Page 36

1  Q. So this was a document submitted by
2  Allergan in this litigation.
3  A. Okay.
4  Q. But do you agree generally with that
5  statement that at the time manufacturers were not
6  premixing lidocaine for that reason, that it was
7  believed that doing so would degrade the HA fillers?
8  A. I don't know.
9  MS. FLANAGAN: Objection. Vague.
10  Give me a chance, Doctor.
11  Objection. Vague. Compound.
12  THE WITNESS: I don't know about the
13  manufacturer, so I cannot comment about the reasons
14  why. But what I know is that HA plus lidocaine is
15  not a good mix, especially when it has to be heat
16  sterilized.
17  BY MR. ROSSEN:
18  Q. So sitting here today, you don't have a
19  view one way or the other about why manufacturers
20  were not pre-mixing lidocaine at that time?
21  A. No.
22  Q. Do you believe that, generally, the state
23  of the art in the mid-2000s, that there was a belief
24  that lidocaine would degrade HA fillers?
25  MS. FLANAGAN: Objection. Vague and calls

CONFIDENTIAL

Page 52

1   dermal fillers?
2        A.   Yes.
3        Q.   Can you identify the others that you were
4   working with?
5        A.   There was mainly one engineer colleague of
6   mine.
7        Q.   And who was that?
8        A.   You want to know his name?
9        Q.   Uh-huh.
10       A.   His name is Samuel Gavard.
11       Q.   And what was his role on the team?
12       A.   His role was to conduct trials and to do
13  the lab work.
14       Q.   And what kind of background does
15  Mr. Gavard have?
16       A.   Samuel has a chemical engineer background.
17       Q.   Is that a Ph.D.?
18       A.   I can't remember.  I think that he was not
19  a Ph.D.  He was a chemist, master's degree of
20  engineering.
21       Q.   And he is no longer at Allergan; is that
22  correct?
23       A.   He is no longer.
24       Q.   Going back for one moment.  Did you learn
25  in 2004 that physicians were premixing lidocaine

CONFIDENTIAL

Page 53

1   with Corneal's dermal fillers?
2        A.   I cannot remember.
3        Q.   Is it possible you would have known at the
4   time?
5        A.   If it were the case, yes, it is possible
6   that I would have known that.
7        Q.   But you don't know one way or the other?
8        A.   I can't remember if I knew that in 2004.
9        Q.   But you were generally aware in 2004 that
10  this was a practice?
11       A.   It was part of the practice.  From my
12  memory, I think in 2004 this was not the most
13  commonly used technique to get the anesthesia.  So I
14  think in 2004 it was mostly the use of anesthesia
15  creams, it was the use of injecting lidocaine
16  solution previously to the treatment.
17            Specifically mentioning the premixing, I
18  can't remember exactly in 2004 someone commenting
19  about I'm doing this and this.
20       Q.   When in particular did you come to
21  understand that there was this practice of
22  premixing?
23       A.   That's difficult.  I cannot answer this.
24  This -- you know, again, this is more than 14 years
25  for me.  This is a very dynamic market.  I mean,

CONFIDENTIAL

Page 54

1  you've got new techniques every other week.  So my
2  belief in that is also that this practice came also
3  strongly or presently or after we did introduction
4  of the Juvederm lidocaine product.
5       Q.   So is it your understanding that it's
6  become a more common practice over time?
7       A.   Probably it was more -- again, this is a
8  hypothetical that I'm making.  But maybe people were
9  more willing to share this practice knowing that
10 there were a product with lidocaine on the market
11 that we -- that we were able to . . .
12      Q.   So you think that maybe others were more
13 willing to premix lidocaine knowing that there were
14 lidocaine-mix products available on the market?
15      A.   Probably.  Again, this is my assumption of
16 this.
17      Q.   Thanks. And just for the court reporter's
18 benefit, be a careful to let me just finish the
19 question.  You've been good about it so far.
20           So going back to the research team, were
21 there any others beside Samuel Gavard that worked on
22 the team with you?
23      A.   So, of course, speaking about the, the
24 development feasibility, you've got what we call
25 design committee team.  So specifically regarding