# Exhibit 2

*Pre-mixing by Practitioners*:

| The '475 patent | Prior Art Evidencing Obviousness of '475 Patent Claims |
|---|---|
| **Claim 1** | |
| A stable, sterile soft tissue filler comprising: paragraph | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 1 of the '475 patent, then this element was already known in the art. |
| a hyaluronic acid (HA) component comprising HA crosslinked with 1,4-butanediol diglycidyl ether (BDDE), and | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 1 of the '475 patent, then this element was already known in the art. |
| uncrosslinked HA, wherein the HA component comprises greater than about 10% uncrosslinked HA by volume; and | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 1 of the '475 patent, then this element was already known in the art. |
| lidocaine combined with said crosslinked HA component. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 1 of the '475 patent, then this element was already known in the art. |
| **Claim 2** | |
| The soft tissue filler of claim 1 wherein the HA component comprises at least about 15% uncrosslinked HA by volume. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 2 of the '475 patent, then this element was already known in the art. |
| **Claim 4** | |
| The soft tissue filler of claim 1 wherein the HA component comprises a first portion of crosslinked HA and a second portion of uncrosslinked HA. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 4 of the '475 patent, then this element was already known in the art. |

| | |
|---|---|
| **Claim 5** | |
| The soft tissue filler of claim 4 wherein the first portion has degree of crosslinking of less than about 6%. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 5 of the '475 patent, then this element was already known in the art. |
| **Claim 6** | |
| The soft tissue filler of claim 4 wherein the HA component has a degree of crosslinking of less than about 5%. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 6 of the '475 patent, then this element was already known in the art. |
| **Claim 8** | |
| The soft tissue filler of claim 1 wherein the lidocaine is at a concentration of between about 0.1% and about 5% by weight of said soft tissue filler. | To the extent the lidocaine added by practitioners did not fall within the claimed range, multiple resources pointed to lidocaine concentrations in the ranges covered by the claim element. *See, e.g.*, *Toth* ("a stable formulation of cross linked HA (28 mg/ml) and lidocaine (0.3%) was developed"; *Sadozai*, paragraph [0068] ("…the composition is stabilized, by the inclusion of a local anesthetic, e.g., lidocaine"; *Sadozai*, example 21 ("Crosslinked HA of Example 5 was processed as in Example 12 using three separate buffers 1 (no lidocaine), 2 (0.2% lidocaine), and 3 (0.3% lidocaine)."); *Reinmuller 1*, 7:1-15. |
| **Claim 9** | |
| The soft tissue filler of claim 1 wherein the HA component comprises particles of crosslinked HA in a relatively fluidic medium of uncrosslinked HA. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 9 of the '475 patent, then this element was already known in the art. |
| **Claim 18** | |
| A stable, sterile soft tissue filler comprising: | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 18 of the '475 patent, then this element was already known in the art. |
| a hyaluronic acid (HA) component crosslinked with 1,4-butanediol diglycidyl ether (BDDE), | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 18 of the '475 patent, then this element was already known in the art. |

| | |
|---|---|
| said HA component having a degree of crosslinking of less than about 5% and | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 18 of the '475 patent, then this element was already known in the art. |
| uncrosslinked HA in an amount of at least about 10% by volume of the HA component; and | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 18 of the '475 patent, then this element was already known in the art. |
| lidocaine having a concentration of about 0.3% by weight of said soft tissue filler; | To the extent the lidocaine used by practitioners did not fall within this claimed range, multiple resources pointed to lidocaine concentrations in the ranges covered by the claim element. *See, e.g.*, *Toth* ("a stable formulation of cross linked HA (28 mg/ml) and lidocaine (0.3%) was developed"; *Sadozai*, paragraph [0068] ("…the composition is stabilized, by the inclusion of a local anesthetic, e.g., lidocaine"; *Sadozai*, example 21 ("Crosslinked HA of Example 5 was processed as in Example 12 using three separate buffers 1 (no lidocaine), 2 (0.2% lidocaine), and 3 (0.3% lidocaine)."); *Reinmuller 1*, 7:1-15. |
| wherein the soft tissue filler has been heat sterilized. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 18 of the '475 patent, then this element was already known in the art. |
| **Claim 31** | |
| A heat-sterilized, stable dermal filler comprising: | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 31 of the '475 patent, then this element was already known in the art. |
| a hyaluronic acid (HA) comprising both crosslinked HA and uncrosslinked HA, | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 31 of the '475 patent, then this element was already known in the art. |
| the crosslinked HA being crosslinked with 1,4-butanediol diglycidyl ether (BDDE) and | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 31 of the '475 patent, then this element was already known in the art. |
| having a degree of crosslinking of less than about 5%; and | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 31 of the '475 patent, then this element was already known in the art. |

| | |
|---|---|
| lidocaine at a concentration of about 0.3% by weight of said dermal filler; | To the extent the lidocaine added by practitioners did not fall within this claimed range, multiple resources pointed to lidocaine concentrations in the ranges covered by the claim element. *See, e.g.*, *Toth* ("a stable formulation of cross linked HA (28 mg/ml) and lidocaine (0.3%) was developed"; *Sadozai*, paragraph [0068] ("…the composition is stabilized, by the inclusion of a local anesthetic, e.g., lidocaine"; *Sadozai*, example 21 ("Crosslinked HA of Example 5 was processed as in Example 12 using three separate buffers 1 (no lidocaine), 2 (0.2% lidocaine), and 3 (0.3% lidocaine)."); *Reinmuller 1*, 7:1-15. |
| the dermal filler having a pH of about 7. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 31 of the '475 patent, then this element was already known in the art. |
| **Claim 32** | |
| The dermal filler of claim 31 having a HA concentration of between about 20 mg/mL to about 30 mg/mL. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 32 of the '475 patent, then this element was already known in the art. |

| | |
|---|---|
| **Claim 33** | |
| The dermal filler of claim 31 wherein the HA comprises at least about 10% to about 20% of the uncrosslinked HA by volume. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 33 of the '475 patent, then this element was already known in the art. |
| **Claim 34** | |
| A stable, sterile soft tissue filler comprising: | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 34 of the '475 patent, then this element was already known in the art. |
| a hyaluronic acid (HA) component comprising HA crosslinked with 1,4- butanediol diglycidyl ether (BDDE), and uncrosslinked HA; and | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 34 of the '475 patent, then this element was already known in the art. |
| lidocaine at a concentration of about 0.3% by weight of the soft tissue filler combined with said crosslinked HA component; | To the extent the lidocaine added by practitioners was not within this claimed range, multiple resources pointed to lidocaine concentrations in the ranges covered by the claim element. *See, e.g.*, *Toth* ("a stable formulation of cross linked HA (28 mg/ml) and lidocaine (0.3%) was developed"; *Sadozai*, paragraph [0068] ("…the composition is stabilized, by the inclusion of a local anesthetic, e.g., lidocaine"; *Sadozai*, example 21 ("Crosslinked HA of Example 5 was processed as in Example 12 using three separate buffers 1 (no lidocaine), 2 (0.2% lidocaine), and 3 (0.3% lidocaine)."); *Reinmuller 1*, 7:1-15. |
| wherein the soft tissue filler is stable after heat sterilization at between about 120 degrees C. and about 130 degrees C.; and | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 34 of the '475 patent, then this element was already known in the art. |
| wherein the soft tissue filler has a pH of about 7. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine. This product would inherently be controlled to about 7 to allow for injection into the human body. The practitioner would then inject the dermal filler into a patient. As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 34 of the '475 patent, then this element was already known in the art. |
| **Claim 35** | |

| | |
|---|---|
| The soft tissue filler of claim 34 having a HA concentration of between about 20 mg/mL to about 30 mg/mL. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine.  The practitioner would then inject the dermal filler into a patient.  As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 35 of the '475 patent, then this element was already known in the art. |
| **Claim 36** | |
| The soft tissue filler of claim 34 wherein the HA comprises at least about 10% to about 20% of the uncrosslinked HA by volume. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine.  The practitioner would then inject the dermal filler into a patient.  As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 36 of the '475 patent, then this element was already known in the art. |
| **Claim 37** | |
| The soft tissue filler of claim 34 wherein the crosslinked HA has a degree of crosslinking of less than about 5%. | Practitioners would premix HA-BDDE dermal fillers such as Restylane® and the early Juvederm products with lidocaine.  The practitioner would then inject the dermal filler into a patient.  As Restylane-L® is merely the earlier Restylane® compound with the addition of lidocaine, and as Restylane-L® is alleged by Allergan to infringe claim 37 of the '475 patent, then this element was already known in the art. |