# Exhibit 5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC., and<br>ALLERGAN INDUSTRIE, SAS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS<br>PHARMACEUTICAL CORP., VALEANT<br>PHARMACEUTICALS NORTH AMERICA LLC,<br>VALEANT PHARMACEUTICALS<br>INTERNATIONAL, VALEANT<br>PHARMACEUTICALS INTERNATIONAL, INC.,<br>and GALDERMA LABORATORIES, L.P.<br><br>　　　　　　Defendants. | Case No.  8:13-cv-01436 AG (JPRx) |

## REBUTTAL REPORT OF MARK S. NESTOR, M.D., Ph.D.

## MARCH 23, 2015

## II. SUMMARY OF OPINIONS

19. I have carefully reviewed the Lupo Report and considered her analysis and conclusions. Based on my review, I conclude that Dr. Lupo's report does not accurately describe the discomfort factor associated with the utilization of hyaluronic acid products with and without lidocaine, especially in connection with the common use of cooling and topical anesthetics in clinical practice, as well as in connection with the established practice of mixing lidocaine or lidocaine with epinephrine with dermal fillers. I also conclude that she does not accurately describe the importance of the differences in dermal filler products in their composition and clinical use. Dr. Lupo bases a number of her conclusions solely on anecdotal evidence and her own personal practices. As a result, Dr. Lupo's conclusions in a number of instances are inaccurate and/or unsupported.

20. In addition, my report details the common practice of applying topical anesthetics and/or cooling before dermal filler injections and explains that published data and my clinical experience indicate that these processes are more effective in addressing patient discomfort than the incorporation of lidocaine to HA fillers. The report discusses the simple process of pre-mixing lidocaine (and epinephrine) into HA fillers, explains that the process is fast, effective, and sterile, and states that pre-mixing lidocaine into HA fillers was occurring prior to 2006 and continues to this day. My report explains that each HA filler has unique physical characteristics that result in significantly different indications and outcomes when used in patients; experienced injectors would not switch to a different filler and expect to achieve the same results. For these reasons, I conclude that if Restylane-L and Perlane-L were taken off the market, a substantial majority of injectors would switch to Restylane or Perlane, respectively, rather than moving to dissimilar fillers like the Juvéderm family of products for those patients and indications where they felt Restylane and Perlane to be more appropriate.

6

7825799v.2

EXHIBIT 5
PAGE 58

44). In published studies that compare fillers that incorporate lidocaine with those that do not, the degree of pain upon injection for the fillers that did not contain lidocaine were at the most moderate, even without topical anesthetic or cooling.[27]

44. Dr. Lupo's assertion that injections with the lidocaine-containing products are "relatively pain-free" (particularly in the absence of a topical anesthetic) is also inaccurate and is inconsistent with study data.[28] (Lupo Report ¶ 64). All fillers, including those containing pre-incorporated lidocaine, involve some discomfort on injection. Injectors mitigate this pain by using topical anesthesia and cooling. My practice and I have done work that has not been published comparing lidocaine-containing and non-lidocaine-containing HA fillers in real world conditions; we have found very little difference in patient perception of pain between the two types of fillers when we utilize topical anesthetics and cooling in advance of an injection.

### ii. Pre-mixing of Lidocaine by Injectors Occurred Prior to 2006

45. Because of the use of pre-procedure topical anesthetics and cooling, pain was not a significant issue for patients when injecting Restylane without lidocaine. However, part of the goal in injecting dermal fillers is to make the process as painless as possible for patients (and to decrease side effects such as bruising). For this reason, and because injectors were very familiar with fillers incorporating lidocaine after years of using the lidocaine-containing collagen

---

[27] *See, e.g.,* Brandt et al. "A lidocaine-containing formulation of large-gel particle hyaluronic acid alleviates pain." *Dermatol. Surg.* 2010: 36:1876-1885 (mean patient VAS pain assessment for Perlane injection without any anesthetic was 4.96 out of 10); Levy et al. "A split-face comparison of a new hyaluronic acid facial filler containing pre-incorporated lidocaine versus a standard hyaluronic acid facial filler in the treatment of naso-labial folds." *J. Cosmetic Laser Ther.* 2009: 11:169-173 (mean patient pain assessment for Restylane/Perlane injections without any anesthetic was 4.9 out of 10).

[28] *See, e.g.,* Brandt et al. "A lidocaine-containing formulation of large-gel particle hyaluronic acid alleviates pain." *Dermatol. Surg.* 2010: 36:1876-1885 (mean patient pain assessment when injected with Perlane-L was 1.52 out of 10); Levy et al. "A split-face comparison of a new hyaluronic acid facial filler containing pre-incorporated lidocaine versus a standard hyaluronic acid facial filler in the treatment of naso-labial folds." *J. Cosmetic Laser Ther.* 2009: 11:169-173 (mean patient pain assessment when injected with Juvéderm Ultra containing pre-incorporated lidocaine was 2.8 out of 10).

products, I and other doctors began pre-mixing lidocaine into Restylane (a process Dr. Lupo describes as "swishing") prior to 2006. This process is done by connecting separate sterile syringes of Restylane and 0.2ccs of 1 or 2% lidocaine (usually containing epinephrine) with a sterile head-to-head connector and mixing the substances back and forth between syringes. The pre-mixing process is easy, takes a few minutes and is performed by my staff. Like the cost of topical anesthetics, the cost of the lidocaine and syringe connector is negligible.

46. Upon the introduction of the Juvéderm Ultra and Ultra Plus products in 2006, Perlane in 2007, Belotero Balance in 2011, Juvéderm Voluma XC in 2013, and Restylane Silk in 2014, I began using these fillers in addition to Restylane. I continue to use all of the available HA fillers in my practice, and the Dermatologists in my practice are also users of all of the available HA fillers (my practice has achieved, among other things, Allergan "Black Diamond" status as one of Allergan's highest volume purchasers). As described in more detail below, each filler has different properties that make it more or less appropriate for injection indications. Before the introduction of lidocaine into the Juvéderm, Restylane, and Perlane products in 2010, I and many other doctors pre-mixed lidocaine into the products.[29] I continue to routinely pre-mix lidocaine with epinephrine into Belotero Balance, which does not have a lidocaine-containing version, and to mix lidocaine with epinephrine into fillers that contain lidocaine to achieve bruising reduction.[30]

---

[29] Beasley et al. "Soft tissue augmentation using a two-way connector to supplement hyaluronic acid filler with 1% lidocaine hydrochloric acid with epinephrine 1:100,000: our experience and observations." *Dermatol. Surg.* 2009: 36:524-526; News-Medical, "Lidocaine combined with dermal beauty fillers reduces injection discomfort," 31 Aug. 2009, available at http://www.news-medical.net/news/20090831/Lidocaine-combined-with-dermal-beauty-fillers-reduces-injection-discomfort.aspx (noting pre-mixing of lidocaine and epinephrine with lidocaine before 2010).

[30] Lidocaine itself is a vasodilator and thus causes more potential bruising than a dermal filler alone; adding epinephrine to the filler limits this issue.

21

7825799v.2

EXHIBIT 5
PAGE 60

47. When the Juvéderm XC, Restylane-L and Perlane-L products were introduced in 2010, I began treating my patients with the lidocaine-containing versions of these products (with the exception of those patients who were allergic to lidocaine). The addition of lidocaine in some instances may save my staff the few minutes it would have taken to pre-mix the substances. But as already noted, in certain cases we continue to pre-mix the lidocaine-containing products with lidocaine and epinephrine to reduce the bruising that is caused by injecting lidocaine into the skin.

### C. There Was Not a *Long-Felt* Need for the Lidocaine-Containing Products

48. Dr. Lupo claims in her report that there was a "long-felt but unmet need for a HA dermal filler" containing lidocaine. (Lupo Report ¶ 64). Though she acknowledges the existence (and her own practice) of pre-mixing lidocaine, Dr. Lupo describes it as a "cumbersome and contamination prone process." (Lupo Report ¶ 65). She states that her patients felt that the lidocaine-containing products hurt less than the pre-mixed versions of the products and that treatments with the lidocaine-containing products "lasted longer" than treatments with pre-mixed fillers. (Lupo Report ¶ 66). There are a number of problematic and unsupported statements in this section of Dr. Lupo's report.

49. First, Dr. Lupo raises a number of alleged issues with pre-mixing. She states that pre-mixing changes the physical properties of the filler and that the process "creates inconsistencies in the gel," resulting in some areas of the gel being thicker or thinner than others. (Lupo Report ¶ 47). She also raises (though does not describe) issues regarding the sterility of the final product and potential contamination apparently resulting from pre-mixing. (Lupo Report ¶¶ 48, 65).

22

7825799v.2

EXHIBIT 5
PAGE 61

\* \* \* \*

Executed this 23rd day of March, 2015.

*[signature]*

Mark S. Nestor, M.D., Ph.D.