1  Susan M. Coletti (coletti@fr.com) (admitted *pro hac vice*)
2  Elizabeth M. Flanagan (eflanagan@fr.com) (admitted *pro hac vice*)
   FISH & RICHARDSON P.C.
3  222 Delaware Avenue, 17th Floor
   Wilmington, DE 19899
4  Telephone:  (302) 652-5070 / Fax:  (302) 652-0607

5  Attorneys for Plaintiffs
   ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS
6

7  William F. Cavanaugh (SBN 133461) (wcavanaugh@pbwt.com)
   Scott B. Howard (sbhoward@pbwt.com) (admitted *pro hac vice*)
8  William F. Schmedlin (wschmedlin@pbwt.com) (admitted *pro hac vice*)
   PATTERSON BELKNAP WEBB & TYLER LLP
9  1133 Avenue of the Americas
   New York, NY 10036
10 Telephone:  (212) 336-2000/ Fax:  (212) 336-2222

11
   Attorneys for Defendants
12 MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP.,
   VALEANT PHARMACEUTICALS NORTH AMERICA LLC,
13 VALEANT PHARMACEUTICALS INTERNATIONAL,
   VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and
14 GALDERMA LABORATORIES, L.P.

15

16 SEE ADDITIONAL COUNSEL ON PAGE 2

17            **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
18

19 ALLERGAN USA, INC., and              Case No. 8:13-cv-01436 AG (JPRx)
   ALLERGAN INDUSTRIE, SAS,
20
                   Plaintiffs,
21
   v.                                   **STIPULATION TO AMEND THE**
                                         **SCHEDULING ORDER**
22 MEDICIS AESTHETICS, INC.,            **SPECIFYING PROCEDURES**
   MEDICIS PHARMACEUTICAL CORP.,
23 VALEANT PHARMACEUTICALS
   NORTH AMERICA LLC,
24 VALEANT PHARMACEUTICALS
   INTERNATIONAL,
25 VALEANT PHARMACEUTICALS
   INTERNATIONAL, INC., and
26 GALDERMA LABORATORIES, L.P.

27                 Defendants.

28
                              1

**Error! Unknown document property name.**

1

2  Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
   Michael J. Kane (kane@fr.com) (admitted *pro hac vice*)
3  Phillip W. Goter (goter@fr.com) (admitted *pro hac vice*)
   FISH & RICHARDSON P.C.
4  60 South Sixth Street, Suite 3200
   Minneapolis, MN 55402
5  Telephone:  (612) 335-5070 / Fax:  (612) 288-9696

6  Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
   Lara S. Garner (CA Bar No. 234701) (lgarner@fr.com)
7  FISH & RICHARDSON P.C.
   12390 El Camino Real
8  San Diego, CA 92130
   Telephone: (858) 678-5070 / Fax: (858) 678-5099
9
   Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
10 FISH & RICHARDSON P.C.
   555 W. 5th Street, 31st Floor
11 Los Angeles, California 90013
   Telephone: (213) 533-4240 / Fax:  (213) 996-8304
12
   Attorneys for Plaintiffs
13 ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS

14

15 Donald G. Norris (SBN 90000) (dnooris@norgallaw.com)
   Douglas F. Galanter (SBN 93740) (dgalanter@norgallaw.com)
16 NORRIS & GALANTER LLP
   523 W. Sixth St., Suite 716
17 Los Angeles, CA 90014
   Tel:   213-232-0855/ Fax:  213-286-9499
18 dnorris@norgallaw.com
   dgalanter@norgallaw.com
19
   Attorneys for Defendants
20 MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP.,
   VALEANT PHARMACEUTICALS NORTH AMERICA LLC,
21 VALEANT PHARMACEUTICALS INTERNATIONAL,
   VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and
22 GALDERMA LABORATORIES, L.P.

23

24

25

26

27

28                              2         STIPULATION TO AMEND THE SCHEDULING
                                           ORDER SPECIFYING PROCEDURES
                                           Case No. 8:13-cv-01436 AG (JPRx)

Error! Unknown document property name.

1   WHEREAS, on February 3, 2014, the Court entered the current Scheduling

2   Order in the above-captioned case (Doc. 34);

3   WHEREAS, on August 4, 2014, the Court issued its Order (Doc. 78) granting

4   the parties' Stipulation to Amend the Scheduling Order Specifying Procedures

5   setting certain deadlines including for the disclosure of expert reports and the close

6   of discovery;

7   WHEREAS, on January 14, 2015, the Court issued its Order (Doc. 107)

8   granting the parties' Stipulation to Amend the Scheduling Order Specifying

9   Procedures modifying certain deadlines including for the disclosure of expert reports

10   and the close of discovery;

11   WHEREAS, on February 20, 2015, the Court issued its Order (Doc. 119)

12   granting the parties' Stipulation to Amend the Scheduling Order Specifying

13   Procedures modifying certain deadlines including for the disclosure of expert reports

14   and the close of discovery;

15   WHEREAS, on March 24, 2015, the Court issued its Order (Doc. 122)

16   granting the parties' Stipulation to Amend the Scheduling Order Specifying

17   Procedures modifying certain deadlines for the disclosure of expert reports;

18   WHEREAS, on March 25, 2015, Plaintiffs Allergan USA, Inc. and Allergan

19   Industrie, SAS filed their Motion for Partial Summary Judgment of No Invalidity

20   from Prior Use (Doc. 123);

21   WHEREAS, on April 17, 2015, the Court issued its Order (Doc. 128)

22   granting the parties' Joint Stipulation Modifying Hearing Date for Plaintiffs' Motion

23   for Partial Summary Judgment of No Invalidity for Prior Use moving the hearing

24   date for said motion to June 1, 2015;

25   WHEREAS, on May 4, 2015, Plaintiffs Allergan USA, Inc. and Allergan

26   Industrie, SAS filed their Motion to Strike Defendants' Untimely Contentions and

27   Evidence Regarding Alleged Prior Use (Doc. 136);

28

3

STIPULATION TO AMEND THE SCHEDULING
ORDER SPECIFYING PROCEDURES
Case No. 8:13-cv-01436 AG (JPRx)

WHEREAS, on May 8, 2015, the Court issued its Order (Doc. 138) granting the parties' Stipulation to Amend the Scheduling Order Specifying Procedures and Modifying Hearing Date;

WHEREAS, both the Scheduling Order and Standing Patent Rules allow the parties to modify their respective deadlines with the Court's approval;

WHEREAS, the parties have exchanged drafts of a settlement agreement, are now finalizing certain terms and wish to devote their resources to finalizing the agreement without the distraction and expense of discovery and motion practice;

WHEREAS, to accommodate the efficient resolution of the final settlement agreement, the parties have agreed to amend the dates for the close of discovery and alteration of the briefing schedule for Plaintiffs' pending motions as set forth below;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the schedule be hereby amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Defendants' Opposition to Plaintiffs' Motion to Strike Defendants' Untimely Contentions and Evidence Regarding Alleged Prior Use | May 25, 2015 | June 1, 2015 |
| Plaintiffs' Reply in Support of Motion to Strike | June 1, 2015 | June 8, 2015 |
| Close of Fact and Expert Discovery | May 29, 2015 | June 19, 2015 |

Dated:  May 22, 2015

By:  /s/ *Elizabeth M. Flanagan*
Elizabeth M. Flanagan

Attorney for Plaintiffs

4

**Error! Unknown document property name.**

1 | Dated:  May 22, 2015

2 |                                          By:  /s/ *William F. Schmedlin*

3 |                                               William F. Schmedlin

4 |                                          Attorney for Defendants

STIPULATION TO AMEND THE SCHEDULING
ORDER SPECIFYING PROCEDURES
Case No. 8:13-cv-01436 AG (JPRx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2), I attest that counsel for Defendants have authorized the filing of this document.


/s/ *Elizabeth M. Flanagan*
Elizabeth M. Flanagan


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 22, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.


/s/ *Elizabeth M. Flanagan*
Elizabeth M. Flanagan

STIPULATION TO AMEND THE SCHEDULING
ORDER. SPECIFYING PROCEDURES
Case No. 8:13-cv-01436 AG (JPRx)

**Error! Unknown document property name.**