Donald G. Norris (SBN 90000)
Douglas F. Galanter (SBN 93740)
Norris & Galanter LLP
523 W. Sixth St., Suite 716
Los Angeles, CA 90014
Tel:   213-232-0855
Fax:   213-286-9499
dnorris@norgallaw.com
dgalanter@norgallaw.com

William F. Cavanaugh (SBN 133461)
Scott B. Howard (admitted *pro hac vice*)
William F. Schmedlin (admitted *pro hac vice*)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 336-2000
Fax:            (212) 336-2222
wcavanaugh@pbwt.com
sbhoward@pbwt.com
wschmedlin@pbwt.com

Attorneys for Defendants
MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP.,
VALEANT PHARMACEUTICALS NORTH AMERICA LLC,
VALEANT PHARMACEUTICALS INTERNATIONAL,
VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and GALDERMA
LABORATORIES, L.P.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS, <br><br> Plaintiffs, <br><br> v. <br><br> MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., AND GALDERMA LABORATORIES, L.P. <br><br> Defendants. | Case No. 8:13-cv-01436 AG (JPRx) <br><br> **DECLARATION OF WILLIAM F. CAVANAUGH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE** <br><br> Date:      June 22, 2015 <br> Time:      10:00am <br> Ctrm:     10D <br> Judge:    Hon. Andrew J. Guilford |

I, William F. Cavanaugh, declare as follows:

1.     I am a member of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for the Defendants in the above-captioned case.  I am admitted to practice in the State of California.

2.     Attached hereto as Exhibit A is a true and correct copy of excerpts of the expert report of Dr. Mary Lupo dated February 9, 2015.

3.     Attached hereto as Exhibit B is a true and correct copy of excerpts of the expert report of Dr. Cory J. Berkland, Ph.D. dated February 17, 2015.

4.     Attached hereto as Exhibit C is a true and correct copy of excerpts of the expert report of Vincent A. Thomas dated February 17, 2015.

5.     On January 14, 2015, counsel for Defendants took the deposition under oath of Dr. Pierre Lebreton.  Attached hereto as Exhibit D is a true and correct copy of excerpts of the official transcript of that deposition.

6.     Attached hereto as Exhibit E is a true and correct copy of a meeting agenda bearing the Bates numbers AGNHA00217006-217015.

7.     Attached hereto as Exhibit F is a true and correct copy of a presentation dated November 6, 2008 bearing the Bates numbers AGNHA00453817-453835.

8.     Attached hereto as Exhibit G is a true and correct copy of email correspondence among Dr. Pierre Lebreton and others dated August 7, 2009 bearing the Bates numbers AGNHA00437444-437445

9.     On January 22, 2015, counsel for Plaintiffs took the deposition under oath of Steven Newhard.   Attached hereto as Exhibit H is a true and correct copy of excerpts of the official transcript of that deposition.

10.    Attached hereto as Exhibit I is a true and correct copy of a Q-Med lab report bearing the Bates numbers QMED0005824-5831.

11.   On April 7, 2015, counsel for Plaintiffs took the 30(b)(6) deposition under oath of Per Lango.  Attached hereto as Exhibit J is a true and correct copy of excerpts of the official transcript of that deposition.

12.   On April 17, 2015, counsel for Defendants took the deposition under oath of Dr. Mary Lupo. Attached hereto as Exhibit K is a true and correct copy of excerpts of the official transcript of that deposition.

13.   Attached hereto as Exhibit L is a true and correct copy of *Beasley, et al.*, *Hyaluronic Acid Fillers: A Comprehensive Review*, Facial Past Surg 2009;25(2)86-94 bearing the Bates numbers VAL0059968-59976.

14.   Attached hereto as Exhibit M is a true and correct copy of excerpts of the expert report of Dr. Glenn D. Prestwich, Ph.D dated February 17, 2015.

15.   Attached hereto as Exhibit N is a true and correct copy of Defendants' First Set of Requests for Admission, dated January 13, 2015.

16.   Attached hereto as Exhibit O is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Admission, dated February 17, 2015.

17.   Attached hereto as Exhibit P is a true and correct copy of Defendants' Final Invalidity Contentions, dated February 17, 2015.

18.   Attached hereto as Exhibit Q is a true and correct copy of excerpts of the Rebuttal Report of Dr. Mark S. Nestor, M.D., Ph.D, dated March 23, 2015.

19.   Attached hereto as Exhibit R is a true and correct copy of the Affidavit of Julie Ann Santos, dated April 20, 2015.

20.   Attached hereto as Exhibit S is a true and correct copy of Defendants' Supplemental Response to Plaintiffs' Interrogatory No. 5, dated October 31, 2014.

DECLARATION OF WILLIAM F. CAVANAUGH IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO STRIKE
Case No. 8:13-cv-01435

21.     Attached hereto as Exhibit T is a true and correct copy of an e-mail from W. Schmedlin to L. Garner and E. Flanagan, dated November 14, 2014.

22.     Attached hereto as Exhibit U is a true and correct copy of Plaintiffs' First Set of Requests for Admission, dated December 8, 2014.

23.     Attached hereto as Exhibit V is a true and correct copy of Plaintiffs' Second Set of Request for Admission, dated January 8, 2015.

24.     On December 17, 2014, counsel for Plaintiffs took the deposition under oath of Vincent Ippolito.   Attached hereto as Exhibit W is a true and correct copy of excerpts of the official transcript of that deposition.

25.     Attached hereto as Exhibit X is a true and correct copy of Defendants' First Set of Interrogatories, dated February 3, 2014.

26.     Attached hereto as Exhibit Y is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories, dated March 10, 2014.

27.     Attached hereto as Exhibit Z is a true and correct copy of Plaintiffs' First Supplemental Responses and Objections to Defendants' Interrogatory No. 3, dated January 6, 2015 (signature line mistakenly indicates January 6, 2014).

28.     Attached hereto as Exhibit AA is a true and correct copy of excerpts of the expert report of Dr. Gregory K. Bell, Ph.D., dated March 27, 2015.

I declare, under penalty of perjury, that the foregoing statements are true and correct.

Dated:  June 1, 2015

/s/ William F. Cavanaugh
William F. Cavanaugh
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10282
wfcavanaugh@pbwt.com
Phone:  (212) 336-2000

3

DECLARATION OF WILLIAM F. CAVANAUGH IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO STRIKE
Case No. 8:13-cv-01435

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

DECLARATION OF WILLIAM F. CAVANAUGH IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO STRIKE
Case No. 8:13-cv-01435