# EXHIBIT H

In The Matter Of:

*ALLERGAN USA, INC.*
*v.*
*MEDICIS AESTHETICS, INC.*

*NEWHARD, STEVEN B., 30(b)(6) - Vol. 1*
*January 22, 2015*

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

**MERRILL CORPORATION**

LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
STEVEN B. NEWHARD, 30(b)(6) - 1/22/2015

Page 198

1  Q. Do you recall seeing this before?
2  A. Yes.
3  Q. Did you contribute to any of these documents?
4  A. Yes.
5  Q. Which ones?
6  A. Obviously we reviewed the entire thing, but my
7  primary work would have been the manufacturing flow
8  charts which is worked on with Q-Med.
9  Q. And that's attachment 3 or Exhibit 216?
10 A. Attachment 3, Exhibit 216, yes.
11 Q. What was the purpose of this preIDE submission
12 packet?
13 A. To get concurrence from the agency that we
14 could submit an IDE, okay, and try to get the questions
15 from the agency out of the way before the IDE itself was
16 submitted.
17 Q. And part of the submissions goal was to set up
18 an in-person meeting with FDA to discuss the new
19 product?
20 A. I don't remember if it was in person or by
21 phone. Sometimes meetings are held by phone.
22 Q. Can you turn to the first pages of Exhibit
23 214?
24 A. Sure.
25 Q. Which is a letter to the FDA?

Page 199

1  A. Correct.
2  Q. On the second page it refers, in the second
3  paragraph, to a meeting?
4  A. Yes.
5  Q. Do you remember if the meeting for this was in
6  person or over the phone?
7  A. I don't remember.
8  Q. Do you recall actually attending a preIDE
9  meeting with FDA?
10 A. No.
11 Q. Do you know if you did or not or you just
12 can't remember?
13 A. Just don't remember.
14 Q. And it lists a couple of people who should be
15 attending the meeting. Do you see that?
16 A. Yep.
17 Q. One of them is Peter Bjurling?
18 A. Yes.
19 Q. Do you understand why he would have been
20 attending the meeting?
21 A. Q-Med wanted a person from their company
22 attending these meetings, okay. Any meetings that were
23 held always included someone from Q-Med.
24 Q. Okay. And was he chosen for any specific
25 reason, do you know, to be Q-Med's rep?

Page 200

1  A. Just a project manager.
2  Q. If you can keep flipping two more pages to
3  153650, it's a heading, "Introduction," at the top?
4  A. Yep.
5  Q. The third paragraph down talks about not
6  discontinuing the current formulations of Restylane and
7  Perlane, do you see that?
8  A. Yes.
9  Q. Do you know why that was Medicis' strategy?
10 A. One, leave as many products on the market as
11 possible. Two, because some physicians preferred not to
12 have Lidocaine in there.
13 Q. You mentioned earlier that you knew that
14 physicians were mixing Lidocaine into the products?
15 A. Yes.
16 Q. When did you learn about that?
17 A. Very, very early on, as soon as we put the
18 product out there.
19 Q. Did you get feedback from the physicians about
20 them doing that?
21 A. No.
22 Q. It was just kind of word of mouth, you knew
23 they were doing it?
24 A. Yes, what we heard from sales reps is they
25 were aware that doctors were doing this.

Page 201

1  Q. If you turn to the next page, there's a table
2  entitled, "Dermal Fillers Available With Lidocaine,"
3  do you see that?
4  A. Yep.
5  Q. Do you have an understanding of either the
6  Elevess or Prevelle Silk products?
7  A. I mean, I know they were products that were
8  out on the marketplace, yes.
9  Q. Did you do any evaluation or research about
10 them?
11 A. No, I did not.
12 Q. Did you know anything beyond the chemical
13 composition listed in this chart about those products?
14 A. I mean, we knew that Prevelle Silk had -- how
15 they had gotten their approval, which was basically just
16 on a pain release study.
17 Q. How did you learn that?
18 A. It was documents available through FDA.
19 Q. Did you have any other information available
20 about Prevelle Silk?
21 A. No.
22 Q. How about Elevess?
23    MR. SCHMEDLIN: Objection, asked and answered.
24    THE WITNESS: I don't remember anything about
25 Elevess.

51 (Pages 198 to 201)