# EXHIBIT Q

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS,<br><br>               Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and GALDERMA LABORATORIES, L.P.<br><br>               Defendants. | Case No. 8:13-cv-01436 AG (JPRx) |

## REBUTTAL REPORT OF MARK S. NESTOR, M.D., Ph.D.

### MARCH 23, 2015

44). In published studies that compare fillers that incorporate lidocaine with those that do not, the degree of pain upon injection for the fillers that did not contain lidocaine were at the most moderate, even without topical anesthetic or cooling.[27]

44. Dr. Lupo's assertion that injections with the lidocaine-containing products are "relatively pain-free" (particularly in the absence of a topical anesthetic) is also inaccurate and is inconsistent with study data.[28] (Lupo Report ¶ 64). All fillers, including those containing pre-incorporated lidocaine, involve some discomfort on injection. Injectors mitigate this pain by using topical anesthesia and cooling. My practice and I have done work that has not been published comparing lidocaine-containing and non-lidocaine-containing HA fillers in real world conditions; we have found very little difference in patient perception of pain between the two types of fillers when we utilize topical anesthetics and cooling in advance of an injection.

### ii. Pre-mixing of Lidocaine by Injectors Occurred Prior to 2006

45. Because of the use of pre-procedure topical anesthetics and cooling, pain was not a significant issue for patients when injecting Restylane without lidocaine. However, part of the goal in injecting dermal fillers is to make the process as painless as possible for patients (and to decrease side effects such as bruising). For this reason, and because injectors were very familiar with fillers incorporating lidocaine after years of using the lidocaine-containing collagen

---

[27] *See, e.g.,* Brandt et al. "A lidocaine-containing formulation of large-gel particle hyaluronic acid alleviates pain." *Dermatol. Surg.* 2010: 36:1876-1885 (mean patient VAS pain assessment for Perlane injection without any anesthetic was 4.96 out of 10); Levy et al. "A split-face comparison of a new hyaluronic acid facial filler containing pre-incorporated lidocaine versus a standard hyaluronic acid facial filler in the treatment of naso-labial folds." *J. Cosmetic Laser Ther.* 2009: 11:169-173 (mean patient pain assessment for Restylane/Perlane injections without any anesthetic was 4.9 out of 10).

[28] *See, e.g.,* Brandt et al. "A lidocaine-containing formulation of large-gel particle hyaluronic acid alleviates pain." *Dermatol. Surg.* 2010: 36:1876-1885 (mean patient pain assessment when injected with Perlane-L was 1.52 out of 10); Levy et al. "A split-face comparison of a new hyaluronic acid facial filler containing pre-incorporated lidocaine versus a standard hyaluronic acid facial filler in the treatment of naso-labial folds." *J. Cosmetic Laser Ther.* 2009: 11:169-173 (mean patient pain assessment when injected with Juvéderm Ultra containing pre-incorporated lidocaine was 2.8 out of 10).

20

7825799v.2

products, I and other doctors began pre-mixing lidocaine into Restylane (a process Dr. Lupo describes as "swishing") prior to 2006. This process is done by connecting separate sterile syringes of Restylane and 0.2ccs of 1 or 2% lidocaine (usually containing epinephrine) with a sterile head-to-head connector and mixing the substances back and forth between syringes. The pre-mixing process is easy, takes a few minutes and is performed by my staff. Like the cost of topical anesthetics, the cost of the lidocaine and syringe connector is negligible.

46. Upon the introduction of the Juvéderm Ultra and Ultra Plus products in 2006, Perlane in 2007, Belotero Balance in 2011, Juvéderm Voluma XC in 2013, and Restylane Silk in 2014, I began using these fillers in addition to Restylane. I continue to use all of the available HA fillers in my practice, and the Dermatologists in my practice are also users of all of the available HA fillers (my practice has achieved, among other things, Allergan "Black Diamond" status as one of Allergan's highest volume purchasers). As described in more detail below, each filler has different properties that make it more or less appropriate for injection indications. Before the introduction of lidocaine into the Juvéderm, Restylane, and Perlane products in 2010, I and many other doctors pre-mixed lidocaine into the products.[29] I continue to routinely pre-mix lidocaine with epinephrine into Belotero Balance, which does not have a lidocaine-containing version, and to mix lidocaine with epinephrine into fillers that contain lidocaine to achieve bruising reduction.[30]

---

[29] Beasley et al. "Soft tissue augmentation using a two-way connector to supplement hyaluronic acid filler with 1% lidocaine hydrochloric acid with epinephrine 1:100,000: our experience and observations." *Dermatol. Surg.* 2009: 36:524-526; News-Medical, "Lidocaine combined with dermal beauty fillers reduces injection discomfort," 31 Aug. 2009, available at http://www.news-medical.net/news/20090831/Lidocaine-combined-with-dermal-beauty-fillers-reduces-injection-discomfort.aspx (noting pre-mixing of lidocaine and epinephrine with lidocaine before 2010).

[30] Lidocaine itself is a vasodilator and thus causes more potential bruising than a dermal filler alone; adding epinephrine to the filler limits this issue.

21

7825799v.2