# EXHIBIT S

# FILED UNDER SEAL