# EXHIBIT Y

# FILED UNDER SEAL