# EXHIBIT Z

# FILED UNDER SEAL