Susan M. Coletti (coletti@fr.com) (admitted *pro hac vice*)
Elizabeth M. Flanagan (eflanagan@fr.com) (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Telephone: (302) 652-5070 / Fax: (302) 652-0607

Attorneys for Plaintiffs
ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS

William F. Cavanaugh (SBN 133461) (wcavanaugh@pbwt.com)
Scott B. Howard (sbhoward@pbwt.com) (admitted *pro hac vice*)
William F. Schmedlin (wschmedlin@pbwt.com) (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000/ Fax: (212) 336-2222

Attorneys for Defendants
MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP.,
VALEANT PHARMACEUTICALS NORTH AMERICA LLC,
VALEANT PHARMACEUTICALS INTERNATIONAL,
VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and
GALDERMA LABORATORIES, L.P.

SEE ADDITIONAL COUNSEL ON PAGE 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and GALDERMA LABORATORIES, L.P.<br><br>Defendants. | Case No. 8:13-cv-01436 AG (JPRx)<br><br>~~[PROPOSED] ORDER ON STIPULATION FOR~~ CONSENT JUDGMENT ~~AND DISMISSAL~~ |

*[handwritten annotations: "JSb", "Note changes by Court"]*

1    [PROPOSED] ORDER ON STIPULATION FOR CONSENT
     JUDGMENT AND DISMISSAL
     Case No. 8:13-cv-01436 AG (JPRx)

Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
Michael J. Kane (kane@fr.com) (admitted *pro hac vice*)
Phillip W. Goter (goter@fr.com) (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070 / Fax: (612) 288-9696

Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
Lara S. Garner (CA Bar No. 234701) (lgarner@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
FISH & RICHARDSON P.C.
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone: (213) 533-4240 / Fax: (213) 996-8304

Attorneys for Plaintiffs
ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS


Donald G. Norris (SBN 90000) (dnooris@norgallaw.com)
Douglas F. Galanter (SBN 93740) (dgalanter@norgallaw.com)
NORRIS & GALANTER LLP
523 W. Sixth St., Suite 716
Los Angeles, CA 90014
Tel:  213-232-0855/ Fax:  213-286-9499
dnorris@norgallaw.com
dgalanter@norgallaw.com

Attorneys for Defendants
MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP.,
VALEANT PHARMACEUTICALS NORTH AMERICA LLC,
VALEANT PHARMACEUTICALS INTERNATIONAL,
VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and
GALDERMA LABORATORIES, L.P.

1    Before the Court is the Stipulation for Consent Judgment and Dismissal of
2    Plaintiffs Allergan USA Inc. and Allergan Industrie, SAS ("Allergan"), and
3    Defendants Galderma Laboratories, L.P. ("Galderma") and Medicis Aesthetics, Inc.,
4    Medicis Pharmaceutical Corp., Valeant Pharmaceuticals North America LLC,
5    Valeant Pharmaceuticals International, and Valeant Pharmaceuticals International,
6    Inc. (collectively "Valeant").
7        The Court being of the opinion that said stipulation should be GRANTED, it
8    is hereby ORDERED, ADJUDGED and DECREED that all claims or causes of
9    action asserted in this suit by and between Allergan and Galderma are hereby
10   dismissed with prejudice.
11       It is further ORDERED, ADJUDGED and DECREED that all claims or
12   causes of action asserted in this suit by and between Allergan and Valeant are
13   hereby dismissed with prejudice.
14       It is further ORDERED that, as stipulated and pursuant to Fed. R. Civ. P. 65,
15   Galderma, including its Affiliates, Agents, Successors, and Assigns, is hereby
16   enjoined from making, importing, using, offering to sell, or selling the Emervel®
17   family of products containing lidocaine ("Emervel Lidocaine Products") in the
18   United States before January 1, 2016, except that this injunction shall not prohibit
19   Galderma or its Affiliates, Agents, Successors, and Assigns at any time from (1)
20   importing into the Territory, or having imported into the Territory Emervel
21   Lidocaine Products so long as the Emervel Lidocaine Products are not offered for
22   sale or sold in the Territory prior to January 1, 2016, (2) training its sales force,
23   including any independent contractors, on the marketing of Emervel Lidocaine
24   Products, (3) preparing and having prepared marketing materials for Emervel
25   Lidocaine Products, and (4) conducting or having conducted clinical trials of
26   Emervel Lidocaine Products in the Territory. Emervel Lidocaine Products imported
27   into the Territory pursuant to subsection (1) may be stored at a warehouse owned or
28

3   [PROPOSED] ORDER ON STIPULATION FOR CONSENT
    JUDGMENT AND DISMISSAL
    Case No. 8:13-cv-01436 AG (JPRx)

*[Handwritten annotation: large circle around lines 18-27 with arrow and note "→ NOT IN STIPULATION"]*

1  ~~operated by a third party distributor so long as the Emervel Lidocaine Products are~~
2  ~~not sold, offered for sale or used by any Third Party in the United States prior to~~
3  ~~January 1, 2016.~~
4  It is further ORDERED that each party shall bear its own costs, expenses and
5  attorneys' fees.
6  ~~It is further ORDERED that the Court shall retain exclusive jurisdiction~~
7  ~~to resolve any dispute between the parties relating to the parties' Settlement and~~
8  ~~License Agreement.~~

10  IT IS SO ORDERED THIS __12__ day of __JUNE__, 2015.

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

4   [PROPOSED] ORDER ON STIPULATION FOR CONSENT
JUDGMENT AND DISMISSAL
Case No. 8:13-cv-01436 AG (JPRx)