| | |
|---|---|
| 1 | Susan M. Coletti (coletti@fr.com) (admitted *pro hac vice*) |
| 2 | Elizabeth M. Flanagan (eflanagan@fr.com) (admitted *pro hac vice*) |
|   | FISH & RICHARDSON P.C. |
| 3 | 222 Delaware Avenue, 17th Floor |
|   | Wilmington, DE 19899 |
| 4 | Telephone: (302) 652-5070 / Fax: (302) 652-0607 |
| 5 | Attorneys for Plaintiffs |
|   | ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS |
| 6 | |
| 7 | William F. Cavanaugh (SBN 133461) (wcavanaugh@pbwt.com) |
|   | Scott B. Howard (sbhoward@pbwt.com) (admitted *pro hac vice*) |
| 8 | William F. Schmedlin (wschmedlin@pbwt.com) (admitted *pro hac vice*) |
|   | PATTERSON BELKNAP WEBB & TYLER LLP |
| 9 | 1133 Avenue of the Americas |
|   | New York, NY 10036 |
| 10 | Telephone: (212) 336-2000/ Fax: (212) 336-2222 |
| 11 | |
| 12 | Attorneys for Defendants |
|    | MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., |
| 13 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC, |
|    | VALEANT PHARMACEUTICALS INTERNATIONAL, |
| 14 | VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and |
|    | GALDERMA LABORATORIES, L.P. |
| 15 | |
| 16 | SEE ADDITIONAL COUNSEL ON PAGE 2 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 19 | ALLERGAN USA, INC., and ALLERGAN INDUSTRIE, SAS, | Case No. 8:13-cv-01436 AG (JPRx) |
| 20 | Plaintiffs, | |
| 21 | v. | **STIPULATION FOR AMENDED CONSENT JUDGMENT** |
| 22 | MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP., VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and GALDERMA LABORATORIES, L.P. | |
| 27 | Defendants. | |

1  Jonathan E. Singer (CA Bar No. 187908) (singer@fr.com)
   Michael J. Kane (kane@fr.com) (admitted *pro hac vice*)
2  Phillip W. Goter (goter@fr.com) (admitted *pro hac vice*)
   FISH & RICHARDSON P.C.
3  60 South Sixth Street, Suite 3200
   Minneapolis, MN 55402
4  Telephone: (612) 335-5070 / Fax: (612) 288-9696

5  Juanita R. Brooks (CA Bar No. 75934) (brooks@fr.com)
   Lara S. Garner (CA Bar No. 234701) (lgarner@fr.com)
6  FISH & RICHARDSON P.C.
   12390 El Camino Real
7  San Diego, CA 92130
   Telephone: (858) 678-5070 / Fax: (858) 678-5099
8
   Craig E. Countryman (CA Bar No. 244601) (countryman@fr.com)
9  FISH & RICHARDSON P.C.
   555 W. 5th Street, 31st Floor
10 Los Angeles, California 90013
   Telephone: (213) 533-4240 / Fax: (213) 996-8304
11
   Attorneys for Plaintiffs
12 ALLERGAN USA, INC. and ALLERGAN INDUSTRIE, SAS

13

14 Donald G. Norris (SBN 90000) (dnooris@norgallaw.com)
   Douglas F. Galanter (SBN 93740) (dgalanter@norgallaw.com)
15 NORRIS & GALANTER LLP
   523 W. Sixth St., Suite 716
16 Los Angeles, CA 90014
   Tel:    213-232-0855/ Fax:  213-286-9499
17 dnorris@norgallaw.com
   dgalanter@norgallaw.com
18
   Attorneys for Defendants
19 MEDICIS AESTHETICS, INC., MEDICIS PHARMACEUTICAL CORP.,
   VALEANT PHARMACEUTICALS NORTH AMERICA LLC,
20 VALEANT PHARMACEUTICALS INTERNATIONAL,
   VALEANT PHARMACEUTICALS INTERNATIONAL, INC., and
21 GALDERMA LABORATORIES, L.P.

22

23

24

25

26

27

28

      Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, Plaintiffs Allergan USA, Inc., and Allergan Industrie, SAS ("Allergan") and Defendants Galderma Laboratories, L.P. ("Galderma") and Medicis Aesthetics, Inc., Medicis Pharmaceutical Corp., Valeant Pharmaceuticals North America LLC, Valeant Pharmaceuticals International, and Valeant Pharmaceuticals International, Inc. (collectively "Valeant") hereby stipulate that Consent Judgment (D.I. 149) in the above entitled and numbered action be amended and replaced in its entirety to be consistent with the following stipulation.

      Allergan and Galderma, hereby stipulate as follows, pursuant to their Settlement and License Agreement entered as of June 8, 2015 (the "Agreement"):

1. United States Patent Nos. 8,357,795 and 8,450,475 are valid and enforceable as between Allergan and Galderma.

2. United States Patents Nos. 8,357,795 and 8,450,475 are infringed by Galderma's Restylane-L® and Perlane-L® products and will be infringed by Galderma's future Emervel® family of products containing lidocaine.

3. Consistent with the Agreement, Galderma Laboratories, L.P. and its Affiliates will not make, import, use, offer to sell, or sell its Emervel® family products containing lidocaine in the United States and its territories before January 1, 2016, except that this injunction shall not prohibit Galderma or its Affiliates, Agents, Successors, and Assigns at any time from (1) importing into the Territory or having imported into the Territory Emervel Lidocaine Products so long as the Emervel Lidocaine Products are not offered for sale or sold in the Territory prior to January 1, 2016, (2) training its sales force, including any independent contractors, on the marketing of Emervel Lidocaine Products, (3) preparing and having prepared marketing materials for Emervel Lidocaine Products, and (4) conducting or having conducted

      clinical trials of Emervel Lidocaine Products in the Territory.  Emervel Lidocaine Products imported into the Territory pursuant to subsection (1) may be stored at a warehouse owned or operated by a third party distributor so long as the Emervel Lidocaine Products are not sold, offered for sale or used by any Third Party in the United States prior to January 1, 2016.

  4. Each party shall bear its own costs and attorneys' fees.

  5. Consistent with the Agreement, the parties agree that this Court should be the exclusive forum for resolving any disputes relating to the Agreement.

A proposed order is filed herewith.

Dated:  June 17, 2015

By:  /s/ *Michael J. Kane*
   Michael J. Kane

Attorney for Plaintiffs

Dated:  June 17, 2015

By:  /s/*William F. Cavanaugh, Jr.*
   William F. Cavanaugh, Jr.

Attorney for Defendants

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2), I attest that counsel for Defendants have authorized the filing of this document.

/s/ *Michael J. Kane*
Michael J. Kane

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 17, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ *Michael J. Kane*
Michael J. Kane